Official Form 1 (1/08)

| United States Bankruptcy Court<br>CENTRAL DISTRICT OF CALIFORNIA | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br><br>*Reid, Elizabeth M.* | Name of Joint Debtor (Spouse)(Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>*aka Reid, Liz, dba Immanuel House, aw Immanuel Sobriety, Inc., aw El-Shaddai, LLC* | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Indvidual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all): **4762** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all): |
| Street Address of Debtor (No. & Street, City, and State):<br>*13029 Mohican Drive*<br>*Moreno Valley CA*    ZIPCODE **92555** | Street Address of Joint Debtor (No. & Street, City, and State):<br><br>ZIPCODE |
| County of Residence or of the<br>Principal Place of Business: **Riverside** | County of Residence or of the<br>Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>*P.O. Box 10271*<br>*Moreno Valley CA*    ZIPCODE **92552** | Mailing Address of Joint Debtor (if different from street address):<br><br>ZIPCODE |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): **NOT APPLICABLE** | ZIPCODE |

**Type of Debtor** (Form of organization)

(Check one box.)

- [x] Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- [ ] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (if debtor is not one of the above entities, check this box and state type of entity below)

**Nature of Business**
(Check one box.)

- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [ ] Other

**Tax-Exempt Entity**
(Check box, if applicable.)

- [ ] Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

- [ ] Chapter 7
- [ ] Chapter 9
- [ ] Chapter 11
- [ ] Chapter 12
- [x] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)

- [x] Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose"
- [ ] Debts are primarily business debts.

**Chapter 11 Debtors**

Check one box:

- [ ] Debtor is a small business as defined in 11 U.S.C. § 101(51D).
- [ ] Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:

- [ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.

Check all applicable boxes:

- [ ] A plan is being filed with this petition
- [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Filing Fee** (Check one box)

- [x] Full Filing Fee attached
- [ ] Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- [ ] Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Statistical/Administrative Information**

- [ ] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [x] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

**Estimated Assets**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

**Estimated Liabilities**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

Official Form 1 (1/08)                                                                                    FORM B1, Page    2

| Voluntary Petition<br>*(This page must be completed and filed in every case)* | Name of Debtor(s)<br>*Reid, Elizabeth M.* |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** | (If more than two, attach additional sheet) | |
|---|---|---|
| Location Where Filed:<br>*NONE* | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** | (If more than one, attach additional sheet) | |
|---|---|---|
| Name of Debtor:<br>*NONE* | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A**<br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under Chapter 11) | **Exhibit B**<br>(To be completed if debtor is an individual whose debts are primarily consumer debts)<br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. §342(b). |
|---|---|
| ☐ Exhibit A is attached and made a part of this petition | X _____    *2/3/2010*<br>Signature of Attorney for Debtor(s)           Date |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and exhibit C is attached and made a part of this petition.
☒ No

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☒ Exhibit D completed and signed by the debtor is attached and made part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

Official Form 1 (1/08)                                                                                              FORM B1, Page 3

| Voluntary Petition | Name of Debtor(s): |
| *(This page must be completed and filed in every case)* | *Reid, Elizabeth M.* |

## Signatures

| Signature(s) of Debtor(s) (Individual/Joint) | Signature of a Foreign Representative |
|---|---|

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b)

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X   ___*M Reid*___
    Signature of Debtor

X   _____
    Signature of Joint Debtor

    _____
    Telephone Number (if not represented by attorney)

    2/3/2010
    Date

**Signature of a Foreign Representative**

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X   _____
    (Signature of Foreign Representative)

    _____
    (Printed name of Foreign Representative)

    2/3/2010
    (Date)

| Signature of Attorney* | Signature of Non-Attorney Bankruptcy Petition Preparer |
|---|---|

**Signature of Attorney***

X   _____
    Signature of Attorney for Debtor(s)

    *Ronald W. Ask, Esq. 103895*
    Printed Name of Attorney for Debtor(s)

    *Elder Law Center, P.C.*
    Firm Name

    *3600 Lime Street, Suite 412*
    Address

    *Riverside, CA 92501*

    *Ph: 951-684-5608 elc@elderlawcenter.n  et*

    *Fax: 951-684-1106*
    Telephone Number

    2/3/2010
    Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

**Signature of Non-Attorney Bankruptcy Petition Preparer**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____
Address

_____

| Signature of Debtor (Corporation/Partnership) | |
|---|---|

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X   _____
    Signature of Authorized Individual

    _____
    Printed Name of Authorized Individual

    _____
    Title of Authorized Individual

    2/3/2010
    Date

X   _____

    _____
    Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| Ronald W. Ask, Esq. SBN. 103895<br>Elder Law Center, P.C.<br>3600 Lime Street, Suite 412, Riverside, CA 92501<br>(951) 684-5608 Phone & (951) 684-5608<br>☒ Attorney for: Reid, Elizabeth M. | |

| UNITED STATES BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA | |
|---|---|
| In re: Reid, Elizabeth M.<br><br>Debtor(s). | CASE NO.:<br><br>CHAPTER: 13<br><br>ADV. NO.: |

## ELECTRONIC FILING DECLARATION
### (INDIVIDUAL)

☒ Petition, statement of affairs, schedules or lists         Date Filed: _____
☐ Amendments to the petition, statement of affairs, schedules or lists   Date Filed: _____
☐ Other: _____       Date Filed: _____

## PART I - DECLARATION OF DEBTOR(S) OR OTHER PARTY

I (We), the undersigned Debtor(s) or other party on whose behalf the above-referenced document is being filed (Signing Party), hereby declare under penalty of perjury that: (1) I have read and understand the above-referenced document being filed electronically (Filed Document); (2) the information provided in the Filed Document is true, correct and complete; (3) the "/s/," followed by my name, on the signature line(s) for the Signing Party in the Filed Document serves as my signature and denotes the making of such declarations, requests, statements, verifications and certifications to the same extent and effect as my actual signature on such signature line(s); (4) I have actually signed a true and correct hard copy of the Filed Document in such places and provided the executed hard copy of the Filed Document to my attorney; and (5) I have authorized my attorney to file the electronic version of the Filed Document and this *Declaration* with the United States Bankruptcy Court for the Central District of California. If the Filed Document is a petition, I further declare under penalty of perjury that I have completed and signed a *Statement of Social Security Number(s)* (Form B21) and provided the executed original to my attorney.

_____      2/3/2010
Signature of Signing Party           Date

Reid, Elizabeth M.
_____
Printed Name of Signing Party

_____      _____
Signature of Joint Debtor (if applicable)     Date

_____
Printed Name of Joint Debtor (if applicable)

## PART II - DECLARATION OF ATTORNEY FOR SIGNING PARTY

I, the undersigned Attorney for the Signing Party, hereby declare under penalty of perjury that: (1) the "/s/," followed by my name, on the signature lines for the Attorney for the Signing Party in the Filed Document serves as my signature and denotes the making of such declarations, requests, statements, verifications and certifications to the same extent and effect as my actual signature on such signature lines; (2) the Signing Party signed the *Declaration of Debtor(s) or Other Party* before I electronically submitted the Filed Document for filing with the United States Bankruptcy Court for the Central District of California; (3) I have actually signed a true and correct hard copy of the Filed Document in the locations that are indicated by "/s/," followed by my name, and have obtained the signature(s) of the Signing Party in the locations that are indicated by "/s/," followed by the Signing Party's name, on the true and correct hard copy of the Filed Document; (4) I shall maintain the executed originals of this *Declaration*, the *Declaration of Debtor(s) or Other Party*, and the Filed Document for a period of five years after the closing of the case in which they are filed; and (5) I shall make the executed originals of this *Declaration*, the *Declaration of Debtor(s) or Other Party*, and the Filed Document available for review upon request of the Court or other parties. If the Filed Document is a petition, I further declare under penalty of perjury that: (1) the Signing Party completed and signed the *Statement of Social Security Number(s)* (Form B21) before I electronically submitted the Filed Document for filing with the United States Bankruptcy Court for the Central District of California; (2) I shall maintain the executed original of the *Statement of Social Security Number(s)* (Form B21) for a period of five years after the closing of the case in which they are filed; and (3) I shall make the executed original of the *Statement of Social Security Number(s)* (Form B21) available for review upon request of the Court.

_____      2-3-10
Signature of Attorney for Signing Party     Date

    Ronald W. Ask, Esq. #103895
_____
Printed Name of Attorney for Signing Party

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

November 2006

B 1D (Official Form 1, Exhibit D) (12/08)

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

In re *Reid, Elizabeth M.*

Case No.
Chapter   *13*

_____
                   Debtor(s)

# EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**WARNING: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

☒      1. Within the 180 days **before the filing of my bankruptcy case,**      I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me.   *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐      2. Within the 180 days **before the filing of my bankruptcy case,**      I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not I have a certificate from the agency describing the services provided to me.   *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 15 days after your bankruptcy case is filed.*

☐      3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the five days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now.
*[Summarize exigent circumstances here.]*

    If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.

B 1D (Official Form 1, Exhibit D) (12/08)

☐    4. I am not required to receive a credit counseling briefing because of:    *[Check the applicable statement]*
*[Must be accompanied by a motion for determination by the court.]*

☐    Incapacity. (Defined in 11 U.S.C. § 109 (h)(4) as impaired by reason of mental illness or mental deficiency
so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

☐    Disability. (Defined in 11 U.S.C. § 109 (h)(4) as physically impaired to the extent of being unable, after
reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

☐    Active military duty in a military combat zone.

☐    5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement
of 11 U.S.C. § 109(h) does not apply in this district.

I certify under penalty of perjury that the information provided above is true and correct.

Signature of Debtor:    _MrReind_____

Date:    _2/3/2010_____

STATEMENT OF RELATED CASES

## INFORMATION REQUIRED BY LOCAL BANKRUPTCY RULE 1015-2
## UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA

1.  A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, his/her spouse, an affiliate of the debtor, any copartnership or joint venture of which debtor is or formerly was a general or limited partner, or member, or any corporation of which the debtor is a director, officer, or person in control, as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature thereof, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

    Riverside/Central District, Chapter 7, Case# RS97-26835DN, Filed 9-26-97,

    Discharged 1-9-1998.

2.  (If petitioner is a partnership or joint venture) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor or an affiliate of the debtor, or a general partner in the debtor, a relative of the general partner, general partner of, or person in control of the debtor, partnership in which the debtor is a general partner, general partner of the debtor, or person in control of the debtor as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of the proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

    None

3.  (If petitioner is a corporation) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, or any of its affiliates or subsidiaries, a director of the debtor, an officer of the debtor, a person in control of the debtor, a partnership in which the debtor is general partner, a general partner of the debtor, a relative of the general partner, director, officer, or person in control of the debtor, or any persons, firms or corporations owning 20% or more of its voting stock as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

    None

4.  (If petitioner is an individual) A petition under the Bankruptcy Reform Act of 1978, including amendments thereof, has been filed by or against the debtor within the last 180 days: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

    None

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed at _Riverside_____, California.

Dated _2-3-2010_____

_Debtor_
Reid, Elizabeth M.

_Joint Debtor_

---

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California

Revised May 2004

**F 1015-2.1**

BK-101

B 201 - Notice of Available Chapters (Rev. 04/06)

Ronald W. Ask, Esq. #103895

Name: <u>Ronald W. Ask, ESQ. Esq.</u>
        ELDER LAW CENTER, P.C.
Address: <u>3600 Lime Street, Suite 412</u>

<u>Riverside, CA   92501</u>

Telephone: <u>951-684-5608</u>        Fax: <u>951-684-1106</u>

[X]  Attorney for Debtor
[ ]  Debtor in Pro Per

| UNITED STATES BANKRUPTCY COURT CENTRAL DISTRICT OF CALIFORNIA | |
|---|---|
| List all names including trade names, used by Debtor(s) within last 8 years:<br><br>Reid, Elizabeth M.<br>dba: Immanuel House<br>aw: Immanuel Sobriety, Inc.<br>aw: El-Shaddai, LLC | Case No.: |
| | **NOTICE OF AVAILABLE CHAPTERS**<br><br>(Notice to Individual Consumer Debtor Under § 342(b) of the Bankruptcy Code) |

In accordance with § 342(b) of the Bankruptcy Code, this notice: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case. You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

1.  **Services Available from Credit Counseling Agencies**

**With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis.** The briefing must be given within 180 days **before** the bankruptcy filing. The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies.

**In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge.** The clerk also has a list of approved financial management instructional courses.

2.  **The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors**

    **Chapter 7:** **Liquidation ($245 filing fee, $39 administrative fee, $15 trustee surcharge: Total fee $299)**

    1.  Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7. If your income is greater than the median income for your state of residence and family size, in some cases, creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code. It is up to the court to decide whether the case should be dismissed.

2.  Under chapter 7, you may claim certain of your property as exempt under governing law. A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.

3.  The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.

4.  Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs. Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

**Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $39 administrative fee: Total fee $274)**

1.  Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments over a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

2.  Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, using your future earnings. The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors. The court must approve your plan before it can take effect.

3.  After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

**Chapter 11: Reorganization ($1000 filing fee, $39 administrative fee: Total fee $1039)**

Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

**Chapter 12: Family Farmer or Fisherman ($200 filing fee, $39 administrative fee: Total fee $239)**

Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13. The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

3.  **Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials**

A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both. All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition. Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.

B 201 - Notice of Available Chapters (Rev. 04/06)                                          USBC, Central District of California

## Certificate of [Non-Attorney] Bankruptcy Petition Preparer

I, the [non-attorney] bankruptcy petition preparer signing the debtor's petition, hereby certify that I delivered to the debtor this notice required by § 342(b) of the Bankruptcy Code.

Printed Name and title, if any, of Bankruptcy Petition Preparer    Social Security number (If the bankruptcy petition
Address:                                                           preparer is not an individual, state the Social Security
                                                                  number of the officer, principal, responsible person, or
_____                  partner of the bankruptcy petition preparer.) (Required
                                                                  by 11 U.S.C. § 110.)

X _____
Signature of Bankruptcy Petition Preparer or officer,
principal, responsible person, or partner whose Social
Security number is provided above.

## Certificate of the Debtor

I (We), the debtor(s), affirm that I (we) have received and read this notice.

Reid, Elizabeth M.                                      X _____    2-3-2010 _____
_____        Signature of Debtor                              Date
Printed Name(s) of Debtor(s)

Case No. (if known) _____     X _____
                                                        Signature of Joint Debtor (if any)               Date

B6 Declaration (Official Form 6 – Declaration) (12/07)

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA

In re **Reid, Elizabeth M.**

Case No.
Chapter **13**

_____ / Debtor

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | Attached (Yes/No) | No. of Sheets | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A-Real Property | Yes | 1 | $ 330,000.00 | | |
| B-Personal Property | Yes | 3 | $ 12,083.00 | | |
| C-Property Claimed as Exempt | Yes | 1 | | | |
| D-Creditors Holding Secured Claims | Yes | 1 | | $ 762,971.00 | |
| E-Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 2 | | $ 1,600.00 | |
| F-Creditors Holding Unsecured Nonpriority Claims | Yes | 8 | | $ 57,950.00 | |
| G-Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H-Codebtors | Yes | 1 | | | |
| I-Current Income of Individual Debtor(s) | Yes | 1 | | | $ 10,000.00 |
| J-Current Expenditures of Individual Debtor(s) | Yes | 1 | | | $ 5,319.00 |
| TOTAL | | 20 | $ 342,083.00 | $ 822,521.00 | |

B6 Declaration (Official Form 6 - Declaration) (12/07)

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA

In re *Reid, Elizabeth M.*

Case No.
Chapter  *13*

_____ / Debtor

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8), filing a case under chapter 7, 11, or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

This information is for statistical purposes only under 28 U.S.C. § 159.

Summarize the following types of liabilities, as reported in the Schedules, and total them.

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $ 1,600.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $ 0.00 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $ 0.00 |
| Student Loan Obligations (from Schedule F) | $ 0.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $ 0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $ 0.00 |
| TOTAL | $ 1,600.00 |

State the following:

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | $ 10,000.00 |
| Average Expenses (from Schedule J, Line 18) | $ 5,319.00 |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20) | $ 4,473.32 |

State the following:

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $ 432,971.00 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | $ 1,600.00 | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $ 0.00 |
| 4. Total from Schedule F | | $ 57,950.00 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $ 490,921.00 |

In re _Reid, Elizabeth M._ _____ ,   Case No._____

Debtor(s) (if known)

# SCHEDULE A-REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G-Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband--H Wife--W Joint--J Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| 24999 Brodiaea Avenue, Moreno Valley, CA 92553 | Fee Simple 100% interest | | $ 130,000.00 | $ 130,000.00 |
| 13840 Courage Street, Moreno Valley, CA 92553 | Fee Simple 100% interest | | $ 200,000.00 | $ 200,000.00 |
| | | **TOTAL $** <br>(Report also on Summary of Schedules.) | 330,000.00 | |

No continuation sheets attached

In re **Reid, Elizabeth M.** _____,     Case No. _____
              Debtor(s)                                                              (if known)

# SCHEDULE B-PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G-Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N o n e | Description and Location of Property | Husband--H Wife--W Joint--J Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1.  Cash on hand. | | *Cash on hand* Location: In debtor's possession | | $ 100.00 |
| 2.  Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | *Business checking account with Chase #2033 (dba:Immanuel House)* Location: In debtor's possession | | $ 483.00 |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | | *Security deposit with So Cal Edison* Location: In debtor's possession | | $ 1,600.00 |
| 4.  Household goods and furnishings, including audio, video, and computer equipment. | | *Misc Household Furnishings* Location: In debtor's possession | | $ 400.00 |
| 5.  Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6.  Wearing apparel. | | *Misc Clothing* Location: In debtor's possession | | $ 500.00 |
| 7.  Furs and jewelry. | X | | | |
| 8.  Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9.  Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |

Page   1   of   3

In re **Reid, Elizabeth M.**_____,  Case No. _____

Debtor(s)                                                                                      (If known)

## SCHEDULE B-PERSONAL PROPERTY

(Continuation Sheet)

| Type of Property | None | Description and Location of Property | | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | | Husband--H<br>Wife--W<br>Joint--J<br>Community--C | |
| 11. Interest in an education IRA as defined in 26 U.S.C. 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts Receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule of Real Property. | X | | | |
| 20. Contingent and non-contingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as described in 11 U.S.C. 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers and other vehicles and accessories. | | *1990 Honda Accord*<br>*Location: In debtor's possession* | | $ 1,000.00 |
| | | *1999 Landrover Range Rover*<br>*( Non-operational - electrical and hydrolic*<br>*system problems)* | | $ 5,000.00 |

Page  2  of  3

In re __Reid, Elizabeth M._____,                    Case No. _____
                                    __Debtor(s)__                                                    (if known)

## SCHEDULE B-PERSONAL PROPERTY

(Continuation Sheet)

| Type of Property | N o n e | Description and Location of Property | Husband--H Wife--W Joint--J Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | Location: *In debtor's possession* | | |
| | | *2004 Toyota Camry* *Location: In debtor's possession* | | $ 3,000.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |
| | | | Total ➡ | $ 12,083.00 |

Page __3__ of __3__

(Report total also on Summary of Schedules.)
Include amounts from any continuation sheets attached.

B6C (Official Form 6C) (12/07)

In re **Reid, Elizabeth M.** _____,   Case No. _____
              Debtor(s)                                                            (if known)

# SCHEDULE C-PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:        ☐ Check if debtor claims a homestead exemption that exceeds $136,875.

(Check one box)

☐ 11 U.S.C. § 522(b)(2)

☒ 11 U.S.C. § 522(b)(3)

| Description of Property | Specify Law Providing each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemptions |
|---|---|---|---|
| Cash on hand | Calif. C.C.P. §703.140(b)(5) | $ 100.00 | $ 100.00 |
| Business checking account with Chase #2033 | Calif. C.C.P. §703.140(b)(5) | $ 483.00 | $ 483.00 |
| Security deposit with So Cal Edison | Calif. C.C.P. §703.140(b)(5) | $ 1,600.00 | $ 1,600.00 |
| Misc Furnishings | Calif. C.C.P. §703.140(b)(3) | $ 400.00 | $ 400.00 |
| Misc Clothing | Calif. C.C.P. §703.140(b)(3) | $ 500.00 | $ 500.00 |
| 1990 Honda Accord | Calif. C.C.P. §703.140(b)(5) | $ 1,000.00 | $ 1,000.00 |
| 1999 Landrover Range Rover | Calif. C.C.P. §703.140(b)(5) | $ 5,000.00 | $ 5,000.00 |
| 2004 Toyota Camry | Calif. C.C.P. §703.140(b)(2) | $ 3,000.00 | $ 3,000.00 |

B6D (Official Form 6D) (12/07)

In re Reid, Elizabeth M.                                          Case No. _____
_____                                    (if known)
          Debtor(s)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| Creditor's Name and Mailing Address Including ZIP Code and Account Number (See Instructions Above.) | Co-Debtor | Date Claim was Incurred, Nature of Lien, and Description and Market Value of Property Subject to Lien  H—Husband W—Wife J—Joint C—Community | Contingent | Unliquidated | Disputed | Amount of Claim Without Deducting Value of Collateral | Unsecured Portion, If Any |
|---|---|---|---|---|---|---|---|
| Account No: 8577  Creditor # : 1  First Mortgage Corporation  3230 Fallow Field Drive  Diamond Bar CA 91765-3479 | | 2007  1st Mortgage  13840 Courage Street, Moreno Valley, CA  92553    Value: $ 200,000.00 | | | | $ 516,272.00 | $ 316,272.00 |
| Account No:  Creditor # : 2  U.S. Bank  4801 Frederica Street  Owensboro KY 42301 | | 1st Mortgage  24999 Brodiaea Avenue, Moreno Valley, CA  92553    Value: $ 130,000.00 | | | | $ 246,699.00 | $ 116,699.00 |
| Account No: | | Value: | | | | | |
| No continuation sheets attached | | Subtotal $ (Total of this page) | | | | $ 762,971.00 | $ 432,971.00 |
| | | Total $ (Use only on last page) | | | | $ 762,971.00 | $ 432,971.00 |
| | | | | | | (Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data) |

B6E (Official Form 6E) (12/07)

In re Reid, Elizabeth M.                                     ,          Case No._____
                    Debtor(s)                                                          (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts NOT entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**     (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☒  **Domestic Support Obligations**
   Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐  **Extensions of credit in an involuntary case**
   Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐  **Wages, salaries, and commissions**
   Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐  **Contributions to employee benefit plans**
   Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐  **Certain farmers and fishermen**
   Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐  **Deposits by individuals**
   Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐  **Taxes and Certain Other Debts Owed to Governmental Units**
   Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐  **Commitments to Maintain the Capital of an Insured Depository Institution**
   Claims based on commitments to FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507(a)(9).

☐  **Claims for Death or Personal Injury While Debtor Was Intoxicated**
   Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

*Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_1_    continuation sheets attached

Official Form 6E (12/07) - Cont.

In re <u>Reid, Elizabeth M.</u>_____,        Case No._____
                    **Debtor(s)**                                                    **(if known)**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)

Type of Priority for Claims Listed on This Sheet:  *Domestic Support Obligations*

| Creditor's Name, Mailing Address Including ZIP Code, and Account Number *(See Instructions above.)* | Co-Debtor | Date Claim was Incurred and Consideration for Claim   H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim | Amount Entitled to Priority | Amount not Entitled to Priority, if any |
|---|---|---|---|---|---|---|---|---|
| Account No:  *Creditor # : 1* *Franchise Tax Board* *P.O. Box 942867* *Sacramento CA 94267* | | *2008* *Back due state taxes* | | | | $ 1,600.00 | $ 1,600.00 | $ 0.00 |
| Account No: | | | | | | | | |
| Account No: | | | | | | | | |
| Account No: | | | | | | | | |
| Account No: | | | | | | | | |
| Account No: | | | | | | | | |

Sheet No.  <u>1</u>  of  <u>1</u>  continuation sheets attached
to Schedule of Creditors Holding Priority Claims

| | Subtotal $ (Total of this page) | 1,600.00 | 1,600.00 | 0.00 |
|---|---|---|---|---|
| | Total $ (Use only on last page of the completed Schedule E. Report total also on Summary of Schedules) | 1,600.00 | | |
| | Total $ (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | | 1,600.00 | 0.00 |

B6F (Official Form 6F) (12/07)

In re _Reid, Elizabeth M._ , Case No._____
              **Debtor(s)**                                        (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedules. Report this total also on the Summary of Schedules, and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No: _H114_ <br><br> _Creditor # : 1_ <br> _Able Storage_ <br> _14175 Perris Blvd._ <br> _Moreno Valley CA 92553_ | | _2009_ | | | | $ 0.00 |
| Account No: _1208_ <br><br> _Creditor # : 2_ <br> _ADT Security Services_ <br> _P.O. Box 650485_ <br> _Dallas TX 75265-0485_ | | _2009_ <br> _Alarm & Monitering Services_ | | | | $ 200.00 |
| Account No: _1572_ <br><br> _Creditor # : 3_ <br> _Capital One_ <br> _P.O. Box 60599_ <br> _City of Industry CA 91716-0599_ | | _2009_ <br> _Credit Card Purchases_ | | | | $ 4,229.00 |
| Account No: _1572_ <br><br> _Representing:_ <br> _Capital One_ | | _NCO Financial Systems, Inc._ <br> _P.O. Box 61247, Dept. 64_ <br> _Virginia Beach VA 23466_ | | | | |

_7_ continuation sheets attached

Subtotal $ | $ 4,429.00

Total $ |

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

B6F (Official Form 6F) (12/07)  - Cont.

In re _Reid, Elizabeth M._ _____,          Case No._____
                    **Debtor(s)**                                        (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See Instructions above.)* | Co-Debtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No:    3015<br>*Creditor # : 4*<br>*Chase*<br>*Bank One Card Services*<br>*800 Brooksedge Blvd*<br>*Westerville OH 43081* | | *2009*<br>*Credit Card / Collection Account* | | | | *$ 5,656.00* |
| Account No:    3015<br>*Representing:*<br>*Chase* | | *LTD Financial Services, LP*<br>*7322 Southwest Freeway, #1600*<br>*Houston TX 77074* | | | | |
| Account No:    3015<br>*Creditor # : 5*<br>*Chase*<br>*P.O. Box 94014*<br>*Palatine IL 60094-4014* | | *2009*<br>*Credit Card Purchases* | | | | *$ 6,087.00* |
| Account No:    9899<br>*Creditor # : 6*<br>*Chase*<br>*P.O. Box 15548*<br>*Wilmington DE 19886-5548* | | *2009*<br>*Credit Card Purchases* | | | | *$ 10,321.00* |
| Account No:    9899<br>*Representing:*<br>*Chase* | | *Chase*<br>*P.O. Box 94014*<br>*Palatine IL 60094-4014* | | | | |
| Account No:    9303<br>*Creditor # : 7*<br>*Chase*<br>*P.O. Box 94014*<br>*Palatine IL 60094-4014* | | *2009*<br>*Credit Card Purchases* | | | | *$ 5,853.00* |

Sheet No. _1_ of  _7_ continuation sheets attached to Schedule of          Subtotal $      *$ 27,917.00*
Creditors Holding Unsecured Nonpriority Claims                                   Total $
                    (Use only on last page of the completed Schedule F. Report also on Summary of Schedules
                    and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

B6F (Official Form 6F) (12/07) - Cont.

In re  Reid, Elizabeth M.                                    ,          Case No. _____
                    **Debtor(s)**                                                    (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H—Husband W—Wife J—Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No:    9303  *Representing:*  *Chase* | | *LTD Financial Services, LP*  *7322 Southwest Freeway #1600*  *Houston TX 77074* | | | | |
| Account No:    1391  *Creditor # : 8*  *Citibank (South Dakota, N.A.)*  *Citicorp Credit Services, Inc.*  *P.O. Box 2695*  *Waterloo IA 50704-2695* | | *2008*  *Credit Card / Collection Account* | | | | $ 1,084.00 |
| Account No:    1391  *Representing:*  *Citibank (South Dakota, N.A.)* | | *Capital Management Services,LP*  *726 Exchange Street, Ste. 700*  *Buffalo NY 14210* | | | | |
| Account No:    1255  *Creditor # : 9*  *City of Riverside*  *P.O. Box 467*  *Tustin CA 92781-0467* | | *2009*  *Back due utility bill* | | | | $ 93.00 |
| Account No:    7128  *Creditor # : 10*  *Concord Servicing Corporation*  *NRLL East*  *4725 N. Scottsdale Road #300*  *Scottsdale AZ 85251* | | *2007*  *Collection Account* | | | | $ 1,600.00 |
| Account No:  *Creditor # : 11*  *EMWD*  *P.O. Box 8301*  *Perris CA 92572-8301* | | *2009*  *Back due utility bill*  *#47631-05*  *#9056-10* | | | | $ 1,050.00 |

Sheet No.   2  of    7  continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $    $ 3,827.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules
and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

B6F (Official Form 6F) (12/07) - Cont.

In re **Reid, Elizabeth M.** _____,   Case No. _____
                 **Debtor(s)**                                    (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H—Husband W—Wife J—Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No: 1391<br>Creditor # : 12<br>Exxon Mobil<br>P.O. Box 4598<br>Carol Stream IL 60197-4598 | | 2008<br>Charge Card Purchases | | | | $ 1,020.00 |
| Account No: 1767<br>Creditor # : 13<br>Home Dept Credit Services<br>Citibank U.S.A., N.A.<br>P.O. Box 6028<br>The Lakes NV 88901-6028 | | 2008<br>Charge Card Purchases | | | | $ 397.00 |
| Account No: 6250<br>Creditor # : 14<br>HSBC Bank<br>P.O. Box 60102<br>City of Industry CA 91716-0102 | | 2009<br>Credit Card Purchases | | | | $ 831.00 |
| Account No: 6250<br>Representing:<br>HSBC Bank | | Financial Recovery Service,Inc<br>P.O. Box 385908<br>Minneapolis MN 55438-5908 | | | | |
| Account No: 6250<br>Representing:<br>HSBC Bank | | CCB Credit Services, Inc.<br>P.O. Box 272<br>Springfield IL 62705-0272 | | | | |
| Account No: 8074<br>Creditor # : 15<br>HSBC Card Services<br>P.O. Box 60102<br>City of Industry CA 91716 | | 2009<br>Credit Card / Collection Account | | | | $ 918.00 |

Sheet No. **3** of **7** continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $        $ 3,166.00

Total $
(Use only on last page of the completed Schedule F. Report also on Summary of Schedules
and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

B6F (Official Form 6F) (12/07) - Cont.

In re _Reid, Elizabeth M._ _____,      Case No._____
                    **Debtor(s)**                                        (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See Instructions above.)* | Co-Debtor | Date Claim was Incurred, and Consideration for Claim. If Claim Is Subject to Setoff, so State. H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No:  8074 <br><br> Representing: <br> HSBC Card Services | | Calvary Portfolio Services,LLC <br> P.O. Box 27288 <br> Tempe AZ 85285-7288 | | | | |
| Account No:  8074 <br><br> Representing: <br> HSBC Card Services | | Accounts Receivables Mgmt, Inc <br> P.O. Box 129 <br> Thorofare NJ 08086-0129 | | | | |
| Account No:  7248 <br> Creditor # : 16 <br> Kaiser Permenante <br> File 50445 <br> Los Angeles CA 90074-0445 | | 2009 <br> Medical Bill | | | | $ 10.00 |
| Account No:  45-6 <br> Creditor # : 17 <br> Kaiser Permenante <br> File 50445 <br> Los Angeles CA 90074-0445 | | 2008 <br> Medical Bill / Collection Account | | | | $ 1,470.00 |
| Account No:  45-6 <br><br> Representing: <br> Kaiser Permenante | | Collection Consultants of CA <br> 6100 San Fernando Road #211 <br> Glendale CA 91201 | | | | |
| Account No:  5582 <br> Creditor # : 18 <br> Long Beach Memorial Med. Ctr. <br> P.O. Box 170 <br> Long Beach CA 90801-0170 | | 2009 <br> Medical Bill | | | | $ 3,613.00 |

Sheet No.  4  of   7 continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $       $ 5,093.00

Total $
(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

B6F (Official Form 6F) (12/07)  - Cont.

In re _Reid, Elizabeth M._____,    Case No._____
                    **Debtor(s)**                                              (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See Instructions above.) | Co-Debtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No:  6565<br>Creditor # : 19<br>Lowes<br>Commercial Accounts<br>P.O. Box 960010<br>Orlando FL 32896-0010 | | 2009<br>Charge Card Purchases | | | | $ 260.00 |
| Account No:  4806<br>Creditor # : 20<br>Merrick Bank<br>P.O. Box 5721<br>Hicksville NY 11802 | | 2008<br>Credit Card Purchases | | | | $ 4,351.00 |
| Account No:  4806<br>Representing:<br>Merrick Bank | | GC Services, LP<br>6330 Gulfton<br>Houston TX 77252-2667 | | | | |
| Account No:  4806<br>Representing:<br>Merrick Bank | | Cardworks Servicing<br>P.O. Box 9201<br>Old Bethpage NY 11804 | | | | |
| Account No:  7128<br>Creditor # : 21<br>N.R.L.L. East<br>Concord Servicing Corporation<br>P.O. Box 29352<br>Phoenix AZ 85038-9352 | | 2009<br>Misc Expenses | | | | $ 1,432.00 |
| Account No:  2981<br>Creditor # : 22<br>Providian<br>P.O. Box 660548<br>Dallas TX 75266 | | 2009<br>Credit Card / Collection Account | | | | $ 572.00 |

Sheet No.  5  of    7  continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $      $ 6,615.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

B6F (Official Form 6F) (12/07) - Cont.

In re **Reid, Elizabeth M.** _____ ,     Case No. _____

Debtor(s)                                                           (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No:   2981  Representing:  Providian | | Asset Acceptance, LLC  P.O. Box 2036  Warren MI 48090-2036 | | | | |
| Account No:   5944  Creditor # : 23  Riverside County Regional  Medical Center  26520 Cactus Avenue  Moreno Valley CA 92555 | | 2008  Medical Bill / Collection Account | | | | $ 100.00 |
| Account No:   5944  Representing:  Riverside County Regional | | Metro Republic Comm Svc.  320 Bonnie Circle  Corona CA 92880-6974 | | | | |
| Account No:  Creditor # : 24  Riverside Superior Court  Moreno Valley Court  # RR89563ER  Moreno Valley CA 92553 | | 2009  Traffic Citation | | | | $ 500.00 |
| Account No:   8762  Creditor # : 25  Riverside Superior Court  Moreno Valley - Pymt Process  505 S. Buena Vista, Ste. 201  Corona CA 92882 | | 2009  Traffic Citation | | | | $ 100.00 |
| Account No:   6209  Creditor # : 26  So. Cal Edison  P.O. Box 600  Rosemead CA 91771-0001 | | 2009  Utility Bills  #2-31-527-2286  #2-29-928-8647 | | | | $ 1,300.00 |

Sheet No.   6  of   7  continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $      $ 2,000.00

Total $
*(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)*

B6F (Official Form 6F) (12/07)  - Cont.

In re **Reid, Elizabeth M.**_____,    Case No._____
                    **Debtor(s)**                                                      (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H—Husband W—Wife J—Joint C—Community | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No:  0117<br>Creditor # : 27<br>St. Bernardine Medical Center<br>2101 North Waterman Avenue<br>San Bernardino CA 92404 | | *2009*<br>Medical Bills<br>K20160278-4762 | | | | $ 325.00 |
| Account No:  8329<br>Creditor # : 28<br>The Company Corporation<br>2711 Centerville Road<br>Wilmington DE 19886 | | *2008*<br>Misc Business Expenses | | | | $ 250.00 |
| Account No:  5232<br>Creditor # : 29<br>T-Mobile<br>P.O. Box 51843<br>Los Angeles CA 90051-6413 | | *2009*<br>Back due cell phone bill | | | | $ 1,000.00 |
| Account No:  1005<br>Creditor # : 30<br>Verizon California, Inc.<br>P.O. Box 9688<br>Mission Hills CA 91346-9688 | | *2009*<br>Back due telephone bill | | | | $ 1,200.00 |
| Account No:  6258<br>Creditor # : 31<br>Vonage International<br>Penn Credit Corporation<br>P.O. Box 10271<br>Moreno Valley CA 92552 | | *2009*<br>Back due telephone bill | | | | $ 128.00 |
| Account No:<br>Creditor # : 32<br>Waste Management<br>2625 W. Grandview Road<br>P.O. Box 78251<br>Phoenix AZ 85062 | | *2009*<br>Back due trash services<br>#MOR0027470-2371-7<br>#MOR0108620-2371-9 | | | | $ 2,000.00 |

Sheet No.  7  of  7 continuation sheets attached to Schedule of                    Subtotal $ | $ 4,903.00
Creditors Holding Unsecured Nonpriority Claims                                        Total $ | $ 57,950.00
(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

In re _Reid, Elizabeth M._ _____ / Debtor    Case No. _____
                                                                                          (if known)

# SCHEDULE G-EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State the nature of debtor's interests in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☒ Check this box if the debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract. | Description of Contract or Lease and Nature of Debtor's Interest. State whether Lease is for Nonresidential Real Property. State Contract Number of any Government Contract. |
|---|---|
| | |

In re _Reid, Elizabeth M._ _____ / Debtor    Case No. _____
                                                                                    (if known)

# SCHEDULE H-CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preeceding the commencement of the case, identify the name of the debtors spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☒ Check this box if the debtor has no codebtors.

| Name and Address of Codebtor | Name and Address of Creditor |
|---|---|
| | |

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

In Re:                                    )        Case No.
                                          )
Reid, Elizabeth M.                        )        Chapter 13 Debtor
dba: Immanuel House                       )
                                          )        Dated:
                                          )        Filed:
_____           )

**AVERAGE MONTHLY INCOME**

| | |
|---|---|
| Gross Sales | $10,000.00 |
| Commissions | |
| Services Provided | |
| Other | |

| | |
|---|---|
| TOTAL INCOME | $10,000.00 |

**AVERAGE EXPENSES**

| | |
|---|---|
| Accounting | |
| Advertising | |
| Automobile | |
| Data Processing | |
| Equipment Rental | |
| Insurance | 150.00 |
| Office Expenses | 20.00 |
| Payroll Taxes | |
| Purchases | 2,000.00 |
| Rent | 1,300.00 |
| Repairs & Maintenance | |
| Salaries-Employees | |
| Supplies | |
| Telephone | 529.00 |
| Utilities | 1,120.00 |
| Fuel | 200.00 |

| | |
|---|---|
| Total Expenses | 5,319.00 |
| Net Income | 4,681.00 |
| Debtors Draw or Salary | 4,681.00 |

I, Reid, Elizabeth M._, declare under the penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Dated: _____    _____
                                          Elizabeth M. Reid

B6I (Official Form 6I) (12/07)

In re __Reid, Elizabeth M._____,    Case No. _____
                  **Debtor(s)**                                                    (if known)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: *Single* | DEPENDENTS OF DEBTOR AND SPOUSE | | |
|---|---|---|---|
| | RELATIONSHIP(S): | | AGE(S): |

| EMPLOYMENT: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | *Sober Living Facilities* | |
| Name of Employer | *Self-Employed* | |
| How Long Employed | | |
| Address of Employer | | |

| INCOME: (Estimate of average or projected monthly income at time case filed) | DEBTOR | SPOUSE |
|---|---|---|
| 1. Monthly gross wages, salary, and commissions (Prorate if not paid monthly) | $ 0.00 | $ 0.00 |
| 2. Estimate monthly overtime | $ 0.00 | $ 0.00 |
| 3. SUBTOTAL | $ 0.00 | $ 0.00 |
| 4. LESS PAYROLL DEDUCTIONS | | |
| a. Payroll taxes and social security | $ 0.00 | $ 0.00 |
| b. Insurance | $ 0.00 | $ 0.00 |
| c. Union dues | $ 0.00 | $ 0.00 |
| d. Other (Specify): | $ 0.00 | $ 0.00 |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ 0.00 | $ 0.00 |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ 0.00 | $ 0.00 |
| 7. Regular income from operation of business or profession or farm (attach detailed statement) | $ 10,000.00 | $ 0.00 |
| 8. Income from real property | $ 0.00 | $ 0.00 |
| 9. Interest and dividends | $ 0.00 | $ 0.00 |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above. | $ 0.00 | $ 0.00 |
| 11. Social security or government assistance (Specify): | $ 0.00 | $ 0.00 |
| 12. Pension or retirement income | $ 0.00 | $ 0.00 |
| 13. Other monthly income (Specify): | $ 0.00 | $ 0.00 |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ 10,000.00 | $ 0.00 |
| 15. AVERAGE MONTHLY INCOME   (Add amounts shown on lines 6 and 14) | $ 10,000.00 | $ 0.00 |
| 16. COMBINED AVERAGE MONTHLY INCOME:   (Combine column totals from line 15; if there is only one debtor repeat total reported on line 15) | $ 10,000.00 | |

(Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:

    ** Debtor lives with her mother and has no living expenses.  Emmanuel house covers her
    insurance, gasoline and telephone expenses **

B6J(Official Form 6J)(12/07)

In re _Reid, Elizabeth M._____,          Case No. _____

                    **Debtor(s)**                                                    (if known)

# SCHEDULE J-CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family. Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate. The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22 A or 22C.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | |
|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) .......................................... | $ 0.00 |
|   a. Are real estate taxes included?     Yes ☐   No ☐ | |
|   b. Is property insurance included?     Yes ☐   No ☐ | |
| 2. Utilities: a. Electricity and heating fuel    .......................... | $ 0.00 |
|   b. Water and sewer | $ 0.00 |
|   c. Telephone    ................................................... | $ 0.00 |
|   d. Other | $ 0.00 |
|     Other | $ 0.00 |
| 3. Home maintenance (repairs and upkeep)  ............................................. | $ 0.00 |
| 4. Food | $ 0.00 |
| 5. Clothing  ............................................................................ | $ 0.00 |
| 6. Laundry and dry cleaning | $ 0.00 |
| 7. Medical and dental expenses    ........................ | $ 0.00 |
| 8. Transportation (not including car payments) | $ 0.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc.  ............... | $ 0.00 |
| 10. Charitable contributions | $ 0.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | |
|   a. Homeowner's or renter's  ...................... | $ 0.00 |
|   b. Life | $ 0.00 |
|   c. Health | $ 0.00 |
|   d. Auto | $ 0.00 |
|   e. Other  ........................................ | $ 0.00 |
|     Other | $ 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage) (Specify) | $ 0.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | |
|   a. Auto | $ 0.00 |
|   b. Other: | $ 0.00 |
|   c. Other: | $ 0.00 |
| 14. Alimony, maintenance, and support paid to others  ................. | $ 0.00 |
| 15. Payments for support of additional dependents not living at your home | $ 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement)   .......... | $ 5,319.00 |
| 17. Other: | $ 0.00 |
|     Other:  ................................................... | $ 0.00 |
| 18. AVERAGE MONTHLY EXPENSES  Total lines 1-17. Report also on Summary of Schedules | $ 5,319.00 |

and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

| | |
|---|---:|
| 20. STATEMENT OF MONTHLY NET INCOME | |
|   a. Average monthly income from Line 16 of Schedule I | $ 10,000.00 |
|   b. Average monthly expenses from Line 18 above | $ 5,319.00 |
|   c. Monthly net income (a. minus b.) | $ 4,681.00 |

In re _Reid, Elizabeth M._ _____     Case No. _____
                    Debtor                                              (if known)


# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY AN INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ **20** _____ sheets, and that they are true and correct to the best of my knowledge, information and belief.


Date: _2/3/2010_ _____          Signature _____

                                               _Reid, Elizabeth M._



[If joint case, both spouses must sign.]


Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

Case No.

In re: *Reid, Elizabeth M.*
      *aka Reid, Liz*
      *dba Immanuel House*
      *aw Immanuel Sobriety, Inc.*
      *aw El-Shaddai, LLC*

## STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

Questions 1-18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19-25. If the answer to an applicable question is "None," mark the box labeled "None." If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

### DEFINITIONS

"In business." A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within the six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor my also be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

"Insider." The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporation debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. §101.

---

**1. Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the two years immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report financial year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                          SOURCE

*Year to date:$6,600.00*        *2010 YTD Income from Immanuel House*
*Year to date: $0.00*           *2010 YTD Income from Employment*
*Last Year: Unknown*            *2009 Income from Immanuel House*
*Last Year:$72,837.30*          *2009 Income from Employment - TJ Max*
*Year before:$97,845.00*        *2008 Per Income Tax Return*

---

**2. Income other than from employment or operation of business**

None
☐

State the amount of income received by the debtor other than from employment, trade, profession, operation of the debtor's business during the two years immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                          SOURCE

AMOUNT                                          SOURCE

Year to date: $0.00                    *2010 Disability Income*
Last Year:Unknown                      *2009 Disability Income*

---

### 3. Payments to creditors

None   Complete a. or b., as appropriate, and c.
☒
a. Individual or joint debtor(s) with primarily consumer debts: List all payments on loans, installment purchases of goods or services, and other debts to any creditor, made within 90 days immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

None   b. Debtor whose debts are not primarily consumer debts: List each payment or other transfer to any creditor made within 90 days immediately preceding the
☒      commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,475. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filingunder chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

None   c. All debtors: List all payments made within one year immediately preceding the commencement of this case to or for the benefit of creditors who are or were
☒      insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

### 4. Suits and administrative proceedings, executions, garnishments and attachments

None   a. List all suits and administrative proceedings to which the debtor is or was a party within one year immediately preceding the filing of this bankruptcy case.
☒      (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

None   b. Describe all property that has been attached, garnished or seized under any legal or equitable process within one year immediately preceding the commencement
☒      of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

### 5. Repossessions, foreclosures and returns

None   List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within
☒      one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

### 6. Assignments and receiverships

None   a. Describe any assignment of property for the benefit of creditors made within 120 days immediately preceding the commencement of this case. (Married debtors
☒      filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None ☒    b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

### 7. Gifts

None ☒    List all gifts or charitable contributions made within one year immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

### 8. Losses

None ☒    List all losses from fire, theft, other casualty or gambling within one year immediately preceding the commencement of this case or since the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

### 9. Payments related to debt counseling or bankruptcy

None ☐    List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within one year immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYER IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| *Payee: Ronald W. Ask, Esq.*<br>*Address:*<br>*3600 Lime Street, Suite 412*<br>*Riverside, CA 92501*<br>*Ph: 951-684-5608,*<br>*elc@elderlawcenter.n et* | *Date of Payment: 12-30-2009*<br>*Date of Payment: 1-4-2010*<br>*Date of Payment: 1-4-2010*<br>*Payor: Reid, Elizabeth M.* | *$1,000.00*<br>*$800.00*<br>*$200.00* |

### 10. Other transfers

None ☒    a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within two years immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None ☒    b. List all property transferred by the debtor within ten years immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

### 11. Closed financial accounts

None ☐    List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within one year immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|
| *Institution: Washington Mutual*<br>*Address:* | *Account Type and No.:*<br>*Checking*<br>*Final Balance:$ 0.00* | *Unknown 2009* |

---

### 12. Safe deposit boxes

None ☒  List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

### 13. Setoffs

None ☒  List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within 90 days preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

### 14. Property held for another person

None ☒  List all property owned by another person that the debtor holds or controls.

---

### 15. Prior address of debtor

None ☒  If the debtor has moved within three years immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

---

### 16. Spouses and Former Spouses

None ☒  If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within eight years immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

---

### 17. Environmental Information

None ☒  For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to disposal sites.

"Hazardous Material" means anything defined as hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

Statement of Affairs - Page 4

None ☒    b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

None ☒    c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law, with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

## 18. Nature, location and name of business

None ☐    a. If the debtor is an individual, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within six years immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within six years immediately preceding the commencement of this case

     If the debtor is a partnership, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within six years immediately preceding the commencement of this case.

     If the debtor is a corporation, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| *Immanuel Sobriety, Inc.* | *ID: 26-34880204* | *P.O. Box 10271, Moreno Valley, CA 92552* | *Sober Living Facilities* | *10-2008 to present* |
| *El-Shaddai, LLC* | *ID: 26-1177897* | | | *10-2007 to Present* |
| *Immanuel House* | *ID: 4762* | *P.O. Box 10271, Moreno Valley, CA 92552* | *Sober Living Facilities* | *10-2007 to Present* |

None ☒    b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within six years immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)

## 19. Books, records and financial statements

None
☒  a. List all bookkeepers and accountants who within two years immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

None
☒  b. List all firms or individuals who within two years immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

None
☒  c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

None
☒  d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within two years immediately preceding the commencement of this case.

## 20. Inventories

None
☒  a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

None
☒  b. List the name and address of the person having possession of the records of each of the inventories reported in a., above.

## 21. Current Partners, Officers, Directors and Shareholders

None
☒  a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| None<br>☒ | b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation. |
|---|---|

**22. Former partners, officers, directors and shareholders**

| None<br>☒ | a. If the debtor is a partnership, list each member who withdrew from the partnership within one year immediately preceding the commencement of this case. |
|---|---|

| None<br>☒ | b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within one year immediately preceding the commencement of this case. |
|---|---|

**23. Withdrawals from a partnership or distribution by a corporation**

| None<br>☒ | If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during one year immediately preceding the commencement of this case. |
|---|---|

**24. Tax Consolidation Group.**

| None<br>☒ | If the debtor is a corporation, list the name and federal taxpayer-identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within six years immediately preceding the commencement of the case. |
|---|---|

**25. Pension Funds.**

| None<br>☒ | If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within six years immediately preceding the commencement of the case. |
|---|---|

*[If completed by an individual or individual and spouse]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date    *2/ 3/2010*          Signature
                            of Debtor

Date    _____          Signature _____
                            of Joint Debtor
                            (if any)

Statement of Affairs - Page 7

B 203
(12/94)

# United States Bankruptcy Court

_____ CENTRAL ___ District Of  CALIFORNIA _____

**In re** Reid, Elizabeth M.
dba: Immanuel House
aw: Immanuel Sobriety, Inc.
aw: El-Shaddai, LLC

Case No. _____

Chapter ___ 13 _____

**Debtor**

### DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   $ __4,000.00__

   Prior to the filing of this statement I have received  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   $ __2,000.00__

   Balance Due . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   $ __2,000.00__

2. The source of the compensation paid to me was:

   [X] Debtor          [ ] Other (specify)

3. The source of compensation to be paid to me is:

   [ ] Debtor          [X] Other (specify)  Thru the Chapter 13 Plan

4. [X] I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   [ ] I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

   b. Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

BK-203

**DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR (Continued)**

   d.   Representation of the debtor in adversary proceedings and other contested bankruptcy matters;

   e.   [Other provisions as needed]

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following services:

---

**CERTIFICATION**

   I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceedings.

1-6-2010
_____
       **Date**

_____
       *Signature of Attorney*
Ronald W. Ask, Esq. #103895

Ronald W. Ask, ESQ. Esq.
_____
       *Name of law firm*

February 2006                                                   2006 USBC Central District of California

| UNITED STATES BANKRUPTCY COURT | |
| CENTRAL DISTRICT OF CALIFORNIA | |
| In re Reid, Elizabeth M.<br>dba: Immanuel House<br>aw: Immanuel Sobriety, Inc.                    Debtor(s). | CHAPTER: 13<br><br>CASE NO.: |

# DEBTOR'S CERTIFICATION OF EMPLOYMENT INCOME
## PURSUANT TO 11 U.S.C. § 521(a)(1)(B)(iv)

Please fill out the following blank(s) and check the box next to <u>one</u> of the following statements:

I, <u>Reid, Elizabeth M.</u>                          , the debtor in this case, declare under penalty
       *(Print Name of Debtor)*

of perjury under the laws of the United States of America that:

☐ I have attached to this certificate copies of my pay stubs, pay advices and/or other proof of employment income for the 60-day period prior to the date of the filing of my bankruptcy petition.
(*NOTE: the filer is responsible for blacking out the Social Security number on pay stubs prior to filing them.*)

☒ I was self-employed for the entire 60-day period prior to the date of the filing of my bankruptcy petition, and received no payment from any other employer.

☐ I was unemployed for the entire 60-day period prior to the date of the filing of my bankruptcy petition.

I, _____ , the debtor in this case, declare under penalty of
       *(Print Name of Joint Debtor, if any)*

perjury under the laws of the United States of America that:

☐ I have attached to this certificate copies of my pay stubs, pay advices and/or other proof of employment income for the 60-day period prior to the date of the filing of my bankruptcy petition.
(*NOTE: the filer is responsible for blacking out the Social Security number on pay stubs prior to filing them.*)

☐ I was self-employed for the entire 60-day period prior to the date of the filing of my bankruptcy petition, and received no payment from any other employer.

☐ I was unemployed for the entire 60-day period prior to the date of the filing of my bankruptcy petition.

Date _____    Signature _____
                                  *Debtor*
                                Reid, Elizabeth M.

Date _____    Signature _____
                               *Joint Debtor (if any)*

CCD-521



| CH. | LOCATION | DEPARTMENT | CLASS |
|---|---|---|---|
| 08 | 0131 | 0909 | 0101 |

VALID DATE
01/30/10

VACATION
HOURS
AVAILABLE

12/26/09
HOURS
296.00
USED
NA

REID   ELIZABETH M

TOTAL    9.86

TOTAL EARNINGS    16.30

FEDERAL TAXABLE    6.44

TOTAL DEDUCTIONS    1.69

NET PAY    4.75

REID      ELIZABETH M
THIS IS THE FINAL PAYSTUB FOR
THE 2009 TAX YEAR. PLEASE
RETAIN FOR YOUR RECORDS.

### YEAR TO DATE

| | |
|---|---|
| FED TAX | 13519.73 |
| FICA TAX | 5412.45 |
| STATE TAX | 4242.75 |
| TDI/SUI | 795.62 |
| FLEXPLUS | 2264.60 |
| AUTO/HO IN | 3056.38 |
| GROSS | 72821.00 |
| 125 DEDUCT | 2070.02 |
| FED TAXABL | 70767.28 |



THIS IS WATERMARKED PAPER - DO NOT ACCEPT WITHOUT NOTING WATERMARK - HOLD TO LIGHT TO VERIFY WATERMARK

88-1544 / 441
658534942

| CH. | LOCATION | DEPARTMENT | CLASS |
|---|---|---|---|
| 08 | 0131 | 0909 | 0101 |

T·J·maxx

| ASSOCIATE ID NO. | CHECK DATE |
|---|---|
| | 12/26/09 |

CHECK NUMBER
009050623

CHECK AMOUNT
*********4.75

TO THE ORDER OF
REID      ELIZABETH M   PAY  *** FOUR AND 75/100 DOLLARS
PO BOX 10271
MORENO VALLEY      CA  92552

| ASSOCIATE IDENTIFICATION | SOCIAL SECURITY NUMBER | CH. LOC. | DEPT. | CLASS | RATE | EXEMPTIONS M/S FED. | M/S ST. | PAY WK ENDING | SEQUENCE |
|---|---|---|---|---|---|---|---|---|---|
| TX1087112 | | 08 0131 | 0909 | 0101 | 1625.500 | S 00 | S 00 CA | 12/26/09 | 0004290 |

| CH. | LOC. | DEPT. | CLASS |
|---|---|---|---|
| 08 | 0131 | 0909 | 0101 |

VALID THRU
01/30/10

VACATION
HOURS
AVAILABLE

12/26/09
HOURS
296.00
USED
NA

REID   ELIZABETH M

### EARNINGS

| | HOURS | AMOUNT |
|---|---|---|
| STD 60 | 16.30 | |

### REDUCTIONS

| | |
|---|---|
| TOTAL | 0.00 |

### DEDUCTIONS

| | |
|---|---|
| FICA TAX | 1.25 |
| TDI TAX | 0.18 |
| L T D | 4.23 |

TOTAL EARNINGS    16.30

FEDERAL TAXABLE    16.30

TOTAL DEDUCTIONS    5.66

NET PAY    10.64

REID      ELIZABETH M
THIS IS THE FINAL PAYSTUB FOR
THE 2009 TAX YEAR. PLEASE
RETAIN FOR YOUR RECORDS.

### YEAR TO DATE

| | |
|---|---|
| FED TAX | 13519.73 |
| FICA TAX | 5413.70 |
| STATE TAX | 4242.75 |
| TDI/SUI | 795.80 |
| FLEXPLUS | 2268.83 |
| AUTO/HO IN | 3056.38 |
| GROSS | 72837.30 |
| 125 DEDUCT | 2070.02 |
| FED TAXABL | 70767.28 |



THIS IS WATERMARKED PAPER - DO NOT ACCEPT WITHOUT NOTING WATERMARK - HOLD TO LIGHT TO VERIFY WATERMARK

88-1544 / 441
658534942

| CH. | LOCATION | DEPARTMENT | CLASS |
|---|---|---|---|
| 08 | 0131 | 0909 | 0101 |

T·J·maxx

| ASSOCIATE ID NO. | CHECK DATE |
|---|---|
| | 12/26/09 |

CHECK NUMBER
009050624

CHECK AMOUNT
*******10.64

TO THE ORDER OF
REID      ELIZABETH M   PAY  *** TEN AND 64/100 DOLLARS
PO BOX 10271
MORENO VALLEY      CA  92552

JPMorgan Chase Bank, N.A.
Columbus, OH

VOID AFTER 60 DAYS

AUTHORIZED SIGNATURE

⑈009050624⑈ ⑆044115443⑆ 658534342⑈



NOT NEGOTIABLE

**Statement 1**

| EARNINGS | AMOUNT | DEDUCTIONS | | DEDUCTIONS | |
|---|---|---|---|---|---|
| STD 100 | 146.31 | MEDICAL | 27.65 | FICA TAX | 8.84 |
| | | A D & D | 0.46 | TDI TAX | 1.61 |
| | | DENTAL | 3.05 | AUTO/HO IN | 92.03 |
| | | OPT LIFE | 6.35 | L T D | 4.23 |
| | | TOTAL | 37.51 | | |

| TOTAL EARNINGS | 146.31 | FEDERAL TAXABLE | 108.80 | TOTAL DEDUCTIONS | 106.71 | NET PAY | 2.09 |

REID    ELIZABETH M

TX1087112
CH. LOC. 08 0131  DEPT. 0909  CLASS 0101
VALID THRU 01/16/10

REID ELIZABETH M

VACATION HOURS AVAILABLE
AS OF 12/12/09
HOURS 296.00
USE BY NA

IS YOUR NAME, ADDRESS AND SOCIAL SECURITY NUMBER CORRECT? IF NOT, PLEASE NOTIFY YOUR MANAGER.

| YEAR TO DATE | |
|---|---|
| FED TAX | 13519.73 |
| FICA TAX | 5410.94 |
| STATE TAX | 4242.75 |
| TDI/SUI | 795.44 |
| FLEXPLUS | 2254.74 |
| AUTO/HO IN | 3056.58 |
| GROSS | 72791.36 |
| 125 DEDUCT | 2060.16 |
| FED TAXABL | 70731.20 |

---

**Statement 2**

TX1087112
SOCIAL SECURITY NUMBER  CH. LOC. 08 0131  DEPT. 0909  CLASS 0101  RATE 1625.500  M/S FED. S 00  M/S ST. S 00 CA  PAY WK ENDING 12/05/09  SEQUENCE 0004424

| EARNINGS | AMOUNT | DEDUCTIONS | | DEDUCTIONS | |
|---|---|---|---|---|---|
| STD 100 | 666.50 | MEDICAL | 27.65 | FED TAX | 70.54 |
| | | A D & D | 0.46 | STATE TAX | 18.31 |
| | | DENTAL | 3.05 | FICA TAX | 48.62 |
| | | OPT LIFE | 6.35 | TDI TAX | 7.33 |
| | | | | AUTO/HO IN | 92.03 |
| | | | | L T D | 4.23 |
| | | TOTAL | 37.51 | | |

| TOTAL EARNINGS | 666.50 | FEDERAL TAXABLE | 628.99 | TOTAL DEDUCTIONS | 241.06 | NET PAY | 387.93 |

REID    ELIZABETH M

VACATION HOURS AVAILABLE
AS OF 12/05/09
HOURS 296.00
USE BY NA

VALID THRU 01/09/10

IS YOUR NAME, ADDRESS AND SOCIAL SECURITY NUMBER CORRECT? IF NOT, PLEASE NOTIFY YOUR MANAGER.

| YEAR TO DATE | |
|---|---|
| FED TAX | 13519.73 |
| FICA TAX | 5402.10 |
| STATE TAX | 4242.75 |
| TDI/SUI | 793.83 |
| FLEXPLUS | 2213.00 |
| AUTO/HO IN | 2964.55 |
| GROSS | 72638.38 |
| 125 DEDUCT | 2022.65 |
| FED TAXABL | 70615.73 |

NOT NEGOTIABLE

---

**Statement 3**

TX1087112
SOCIAL SECURITY NUMBER  CH. LOC. 08 0131  DEPT. 0909  CLASS 0101  RATE 1625.500  M/S FED. S 00  M/S ST. S 00 CA  PAY WK ENDING 11/28/09  SEQUENCE 0004465

| EARNINGS | AMOUNT | DEDUCTIONS | | DEDUCTIONS | |
|---|---|---|---|---|---|
| STD 100 | 666.50 | MEDICAL | 27.65 | FED TAX | 70.54 |
| | | A D & D | 0.46 | STATE TAX | 18.31 |
| | | DENTAL | 3.05 | FICA TAX | 48.63 |
| | | OPT LIFE | 6.35 | TDI TAX | 7.33 |
| | | | | AUTO/HO IN | 92.03 |
| | | | | L T D | 4.23 |
| | | TOTAL | 37.51 | | |

| TOTAL EARNINGS | 666.50 | FEDERAL TAXABLE | 628.99 | TOTAL DEDUCTIONS | 241.07 | NET PAY | 387.92 |

REID    ELIZABETH M

VALID THRU 01/02/10

VACATION HOURS AVAILABLE
AS OF 11/28/09
HOURS 296.00
USE BY NA

IS YOUR NAME, ADDRESS AND SOCIAL SECURITY NUMBER CORRECT? IF NOT, PLEASE NOTIFY YOUR MANAGER.

| YEAR TO DATE | |
|---|---|
| FED TAX | 13360.81 |
| FICA TAX | 5296.26 |
| STATE TAX | 4199.48 |
| TDI/SUI | 779.17 |
| FLEXPLUS | 2171.26 |
| AUTO/HO IN | 2872.32 |
| GROSS | 71217.30 |
| 125 DEDUCT | 1985.14 |
| FED TAXABL | 69898.66 |

## Pay Statement 1

| ASSOCIATE IDENTIFICATION | | |
|---|---|---|
| H | LOC | DEPT | CLASS |
| 8 | 0131 | 0909 | 0101 |

REID

**VALID THRU** 01/02/10

VACATION HOURS AVAILABLE

11/28/09
HOURS 296.00
USE BY NA

ELIZABETH M

| EARNINGS | HOURS | AMOUNT | REDUCTIONS | | DEDUCTIONS | |
|---|---|---|---|---|---|---|
| STD 100 | | 666.50 | | | FED TAX | 76.17 |
| | | | | | STATE TAX | 20.89 |
| | | | | | FICA TAX | 50.99 |
| | | | | | TDI TAX | 7.33 |
| | | | TOTAL | 0.00 | | |
| TOTAL EARNINGS | | 666.50 | FEDERAL TAXABLE | 666.50 | TOTAL DEDUCTIONS | 155.38 | NET PAY 511.12 |

REID    ELIZABETH M

| YEAR TO DATE | |
|---|---|
| FED TAX | 13436.98 |
| FICA TAX | 5347.25 |
| STATE TAX | 4220.37 |
| TDI/SUI | 786.50 |
| FLEXPLUS | 2171.26 |
| AUTO/HO IN | 2872.32 |
| GROSS | 71883.80 |
| 125 DEDUCT | 1985.14 |

IS YOUR NAME, ADDRESS AND SOCIAL SECURITY NUMBER CORRECT? IF NOT, PLEASE NOTIFY YOUR MANAGER.

## Pay Statement 2

| SOC | | CH. LOC. | DEPT. | CLASS | RATE | M/S FED. | M/S ST. | PAY WK ENDING | SEQUENCE |
|---|---|---|---|---|---|---|---|---|---|
| | | 08 0131 | 0909 | 0101 | 1625.500 | S 00 | S 00 CA | 11/21/09 | 0004351 |

| ASSOCIATE IDENTIFICATION | | |
|---|---|---|
991087112

| H | LOC | DEPT | CLASS |
|---|---|---|---|
| 8 | 0131 | 0909 | 0101 |

REID

**VALID THRU** 12/26/09

VACATION HOURS AVAILABLE

11/21/09
HOURS 296.00
USE BY NA

ELIZABETH M

| EARNINGS | HOURS | AMOUNT | REDUCTIONS | | DEDUCTIONS | |
|---|---|---|---|---|---|---|
| VACATION | 40.00 | 1,625.50 | MEDICAL | 27.65 | FED TAX | 312.83 |
| | | | A D & D | 0.46 | STATE TAX | 100.56 |
| | | | DENTAL | 3.05 | FICA TAX | 122.50 |
| | | | OPT LIFE | 6.35 | TDI TAX | 17.88 |
| | | | | | AUTO/HO IN | 78.88 |
| | | | | | L T D | 4.23 |
| | | | TOTAL | 37.51 | | |
| TOTAL EARNINGS | | 1,625.50 | FEDERAL TAXABLE | 1,587.99 | TOTAL DEDUCTIONS | 636.88 | NET PAY 951.11 |

REID    ELIZABETH M

| YEAR TO DATE | |
|---|---|
| FED TAX | 13290.27 |
| FICA TAX | 5247.63 |
| STATE TAX | 4181.17 |
| TDI/SUI | 771.84 |
| FLEXPLUS | 2129.52 |
| AUTO/HO IN | 2780.29 |
| GROSS | 70544.13 |
| 125 DEDUCT | 1947.63 |
| FED TAXABL | 68596.50 |

IS YOUR NAME, ADDRESS AND SOCIAL SECURITY NUMBER CORRECT? IF NOT, PLEASE NOTIFY YOUR MANAGER.

## Pay Statement 3

| SOCIAL SECURITY NUMBER | CH. LOC. | DEPT. | CLASS | RATE | M/S FED. | M/S ST. | PAY WK ENDING | SEQUENCE |
|---|---|---|---|---|---|---|---|---|
| | 08 0131 | 0909 | 0101 | 1625.500 | S 00 | S 00 CA | 11/14/09 | 0000014 |

| EARNINGS | HOURS | AMOUNT | REDUCTIONS | | DEDUCTIONS | |
|---|---|---|---|---|---|---|
| SICK | 8.00 | 325.02 | MEDICAL | 27.65 | FED TAX | 98.07 |
| STD 100 | | 478.46 | A D & D | 0.46 | STATE TAX | 25.21 |
| | | | DENTAL | 3.05 | FICA TAX | 59.11 |
| | | | OPT LIFE | 6.35 | TDI TAX | 8.84 |
| | | | | | AUTO/HO IN | 78.88 |
| | | | | | L T D | 4.23 |
| | | | TOTAL | 37.51 | | |
| TOTAL EARNINGS | | 803.48 | FEDERAL TAXABLE | 765.97 | TOTAL DEDUCTIONS | 274.34 | NET PAY 491.63 |

REID    ELIZABETH M

| YEAR TO DATE | |
|---|---|

IS YOUR NAME, ADDRESS AND SOCIAL SECURITY NUMBER CORRECT? IF NOT, PLEASE NOTIFY YOUR MANAGER.

NON-NEGOTIABLE





01/2010

**Elena Luanne Lopez**
951-674-0624
31641 Auto Center Dr Ste1B
Lake Elsinore, CA 92530

0651

16-66/1220

DATE 01/9/2010

PAY TO THE ORDER OF Immanuel House    $ 50.00

DOLLARS

**BANK OF AMERICA**
LAKE ELSINORE
2495 E LAKESHORE DR
LAKE ELSINORE, CA
951-679-6818

FOR Eric Courage    e L Lopez

THE STYLES CHECK COMPANY 1-888-724-3257

**ELENA MCKENDRY**
**BENNY ESTRADA**
31641 AUTO CENTER DR STE 1B
LAKE ELSINORE, CA 92530-4535
(951)674-0624

1020

16-66/1220

Date 12/30/09

Pay to the Order of Immanuel House    $ 200.00

two hundred dollars < no/100    Dollars

**BANK OF AMERICA (951)679-6818**
2495 E LAKESHORE DR
LAKE ELSINORE, CA 92530

For Eric's rent moValley    em McKendry
15840 Courage

---

DEPARTMENT OF CORRECTIONS AND REHABILITATION
HEADQUARTERS ACCOUNTING BRANCH
P.O. BOX 187019
SACRAMENTO, CA 95818-7019

832155

90-78
1211

STATE OF CALIFORNIA
T84997/18481
HILL, JAMES

DATE____ **JANUARY 4, 2010**

PAY TO THE
ORDER OF_____    **IMMANUEL HOUSE**    $ **500.00**

**FIVE HUNDRED DOLLARS AND 00/100***********************************************DOLLARS

*NOT VALID PAYABLE TO CASH*
*NOT TO EXCEED $1500.00 DOLLARS*

TWO SIGNATURES REQUIRED

I Mack
AUTHORIZED SIGNATURE

Donna Garcia
FUND CUSTODIAN

PAYABLE THRU:

BANK OF THE WEST
800-488-2265

NOT VALID ONE YEAR FROM ISSUE DATE

STATE OF CALIFORNIA

DEPARTMENT OF CORRECTIONS AND REHABILITATION
HEADQUARTERS ACCOUNTING BRANCH
P.O. BOX 187019
SACRAMENTO, CA 95818-7019

832161

90-78
1211

B97319/18482
JOSEPH PIGNATORE

DATE ___JANUARY 5, 2010___

PAY TO THE
ORDER OF___ **IMMANUEL HOUSE** ___                 $ **500.00**

**FIVE HUNDRED DOLLARS AND 00/100********************************************** DOLLARS

*NOT VALID PAYABLE TO CASH*
*NOT TO EXCEED $1500.00 DOLLARS*

TWO SIGNATURES REQUIRED

AUTHORIZED SIGNATURE
*Donna Garcia*
FUND CUSTODIAN

PAYABLE THRU:

BANK OF THE WEST
800-488-2265

NOT VALID ONE YEAR FROM ISSUE DATE

⑈832161⑈ ⑆121100782⑆ 032005124⑈

---

DEPARTMENT OF CORRECTIONS AND REHABILITATION
HEADQUARTERS ACCOUNTING BRANCH
P.O. BOX 187019
SACRAMENTO, CA 95818-7019

832162

90-78
1211

STATE OF CALIFORNIA

F91684/18482
CHARLES ROBERTSON

DATE ___JANUARY 5, 2010___

PAY TO THE
ORDER OF___ **IMMANUEL HOUSE** ___               $ **500.00**

**FIVE HUNDRED DOLLARS AND 00/100********************************************** DOLLARS

*NOT VALID PAYABLE TO CASH*
*NOT TO EXCEED $1500.00 DOLLARS*

TWO SIGNATURES REQUIRED

AUTHORIZED SIGNATURE
*Donna Garcia*
FUND CUSTODIAN

PAYABLE THRU:

BANK OF THE WEST
800-488-2265

NOT VALID ONE YEAR FROM ISSUE DATE

⑈832162⑈ ⑆121100782⑆ 032005124⑈

---

DEPARTMENT OF CORRECTIONS AND REHABILITATION
HEADQUARTERS ACCOUNTING BRANCH
P.O. BOX 187019
SACRAMENTO, CA 95818-7019

832157

90-78
1211

STATE OF CALIFORNIA

G04897/18482
NICHOLAS TUPA

DATE ___JANUARY 5, 2010___

PAY TO THE
ORDER OF___ **IMMANUEL HOUSE** ___                 $ **500.00**

**FIVE HUNDRED DOLLARS AND 00/100********************************************** DOLLARS

*NOT VALID PAYABLE TO CASH*
*NOT TO EXCEED $1500.00 DOLLARS*

TWO SIGNATURES REQUIRED

AUTHORIZED SIGNATURE
*Donna Garcia*
FUND CUSTODIAN

PAYABLE THRU:

BANK OF THE WEST
800-488-2265

NOT VALID ONE YEAR FROM ISSUE DATE

⑈832157⑈ ⑆121100782⑆ 032005124⑈

STATE OF CALIFORNIA

F05447/18484
JOHNSTON, ERIC

DEPARTMENT OF CORRECTIONS AND REHABILITATION
HEADQUARTERS ACCOUNTING BRANCH
P.O. BOX 187019
SACRAMENTO, CA 95818-7019

832163

90-78
1211

DATE **1-6-10**

PAY TO THE
ORDER OF_____ **IMMANUEL HOUSE** _____ $ **500.00**

**FIVE HUNDRED DOLLERS AND 00/100********************************************* DOLLARS

*NOT VALID PAYABLE TO CASH*
*NOT TO EXCEED $1500.00 DOLLARS*

TWO SIGNATURES REQUIRED

PAYABLE THRU:

BANK OF THE WEST
800-488-2265

AUTHORIZED SIGNATURE

FUND CUSTODIAN

NOT VALID ONE YEAR FROM ISSUE DATE

⑈832163⑈ ⑆121100782⑆ 032005124⑈

---

STATE OF CALIFORNIA
X12796/18484
APRIL SCOTT

DEPARTMENT OF CORRECTIONS AND REHABILITATION
HEADQUARTERS ACCOUNTING BRANCH
P.O. BOX 187019
SACRAMENTO, CA 95818-7019

832169

90-78
1211

**JANUARY 7, 2010**
DATE_____

PAY TO THE
ORDER OF_____ **IMMANUEL HOUSE** _____ $ **500.00**

**FIVE HUNDRED DOLLARS AND 00/100********************************************* DOLLARS

*NOT VALID PAYABLE TO CASH*
*NOT TO EXCEED $1500.00 DOLLARS*

TWO SIGNATURES REQUIRED

PAYABLE THRU:

BANK OF THE WEST
800-488-2265

AUTHORIZED SIGNATURE

FUND CUSTODIAN

NOT VALID ONE YEAR FROM ISSUE DATE

⑈832169⑈ ⑆121100782⑆ 032005124⑈



Jan 2010

PAY TO THE
ORDER OF:

**FIVE HUNDRED DOLLARS AND 00/100************************************************ DOLLARS

*NOT VALID PAYABLE TO CASH*
*NOT TO EXCEED $1500.00 DOLLARS*

TWO SIGNATURES REQUIRED

AUTHORIZED SIGNATURE

FUND CUSTODIAN

PAYABLE THRU:

BANK OF THE WEST
800-488-2265

NOT VALID ONE YEAR FROM ISSUE DATE

⑈832180⑈ ⑈121100782⑈   032005124⑈

---

STATE OF CALIFORNIA
G53107/18484
ERIC LOPEZ

DEPARTMENT OF CORRECTIONS AND REHABILITATION
HEADQUARTERS ACCOUNTING BRANCH
P.O. BOX 187019
SACRAMENTO, CA 95818-7019

832177        90-78
              1211

DATE ____ **JANUARY 15, 2010**

PAY TO THE
ORDER OF ____     **IMMANUEL HOUSE**                          $**250.00**

**TWO HUNDRED FIFTY DOLLARS AND 00/100************************************ DOLLARS

*NOT VALID PAYABLE TO CASH*
*NOT TO EXCEED $1500.00 DOLLARS*

TWO SIGNATURES REQUIRED

AUTHORIZED SIGNATURE

FUND CUSTODIAN

PAYABLE THRU:

BANK OF THE WEST
800-488-2265

NOT VALID ONE YEAR FROM ISSUE DATE

⑈832177⑈ ⑈121100782⑈   032005124⑈

---

STATE OF CALIFORNIA
K29529/18484
PURVIS KINCAID

DEPARTMENT OF CORRECTIONS AND REHABILITATION
HEADQUARTERS ACCOUNTING BRANCH
P.O. BOX 187019
SACRAMENTO, CA 95818-7019

832178        90-78
              1211

DATE ____ **JANUARY 15, 2010**

PAY TO THE
ORDER OF ____     **IMMANUEL HOUSE**                          $ **500.00**

**FIVE HUNDRED DOLLARS AND 00/100************************************** DOLLARS

*NOT VALID PAYABLE TO CASH*
*NOT TO EXCEED $1500.00 DOLLARS*

TWO SIGNATURES REQUIRED

AUTHORIZED SIGNATURE

FUND CUSTODIAN

PAYABLE THRU:

BANK OF THE WEST
800-488-2265

NOT VALID ONE YEAR FROM ISSUE DATE

⑈832178⑈ ⑈121100782⑈   032005124⑈

DEPARTMENT OF CORRECTIONS AND REHABILITATION
HEADQUARTERS ACCOUNTING BRANCH
P.O. BOX 187019
SACRAMENTO, CA 95818-7019

STATE OF CALIFORNIA
G20175/18484
ANTONIO GREEN

DATE_____ JANUARY

PAY TO THE
ORDER OF—

**IMMANUEL HOUSE**

**ONE HUNDRED DOLLARS AND 00/100***************************

NOT VALID PAYABLE TO CASH
NOT TO EXCEED $1500.00 DOLLARS

PAYABLE THRU:

BANK OF THE WEST
800-488-2265

NOT VALID ONE YEAR FROM ISSUE DATE

832189⑈ ⑈121100782⑈    03 2005124⑈

832189

DEPARTMENT OF CORRECTIONS AND REHABILITATION
HEADQUARTERS ACCOUNTING BRANCH
P.O. BOX 187019
SACRAMENTO, CA 95818-7019

STATE OF CALIFORNIA
K69854/18483
THEODORE WILSON

DATE_____ JANUARY 14 20

PAY TO THE
ORDER OF—

**IMMANUEL HOUSE**

**FIVE HUNDRED DOLLARS AND 00/100***************************

NOT VALID PAYABLE TO CASH
NOT TO EXCEED $1500.00 DOLLARS

PAYABLE THRU:

BANK OF THE WEST
800-488-2265

NOT VALID ONE YEAR FROM ISSUE DATE

832175⑈ ⑈121100782⑈    03 2005124⑈

# CHASE ⬡

JPMorgan Chase Bank, N.A.
P O Box 260180
Baton Rouge, LA 70826 - 0180

December 01, 2009 through December 31, 2009

Account Number:        i

### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | Chase.com |
| Service Center: | 1-800-242-7338 |
| Hearing Impaired: | 1-800-242-7383 |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |

00173436 DRE 703 143 00110 - NNNNN T  1  000000000  63 0000
ELIZABETH M REID
DBA IMMANUEL HOUSE
PO BOX 10271
MORENO VALLEY CA 92552-0271

## Important information about your Chase Business Debit Card

To better serve your business needs, we are increasing the daily spending limit (also known as your daily authorization limit) for your Chase Business Debit Card ending in   4019 . By 1/31/2010, your daily spending limit will be increased to $10,000, up to your available business checking account balance.

Remember, with Chase's Zero Liability protection, you're not responsible for unauthorized debit transactions made at stores, ATMs, on the phone or online when you notify us promptly.

If you have questions, please call us at 1-800-CHASE38 (1-800-242-7338).
As of January 1, 2010, JPMorgan Chase Bank, N.A. will no longer participate in the Transaction Account Guarantee Program (TAGP) through the Federal Deposit Insurance Corporation (FDIC). Our customers' deposits are protected by the strength and stability of Chase and insured up to $250,000 by the FDIC. For more information about FDIC insurance visit www.fdic.gov.

## CHECKING SUMMARY | Chase Free Business Checking

| | INSTANCES | AMOUNT |
|---|---|---|
| Beginning Balance | | $350.53 |
| Deposits and Additions | 21 | 12,764.36 |
| Checks Paid | 18 | - 3,550.78 |
| ATM & Debit Card Withdrawals | 104 | - 7,061.81 |
| Other Withdrawals, Fees & Charges | 14 | - 2,019.77 |
| Ending Balance | 157 | $482.53 |

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | | AMOUNT |
|---|---|---|---|
| 12/01 | Deposit | 54196085 | $1,250.00 |
| 12/02 | Deposit | 64981995 | 700.00 |
| 12/03 | Deposit | 54077088 | 1,000.00 |
| 12/03 | Deposit | 54077265 | 500.00 |
| 12/08 | Deposit | 54322826 | 500.00 |
| 12/08 | Deposit | 54196093 | 387.92 |
| 12/10 | Deposit | 34428400 | 500.00 |

# CHASE 

December 01, 2009 through December 31, 2009

Account Number:

## DEPOSITS AND ADDITIONS  *(continued)*

| DATE | DESCRIPTION | | | AMOUNT |
|------|-------------|--|--|--------|
| 12/10 | Deposit | 54196099 | | 491.63 |
| 12/11 | Deposit | 54196100 | | 511.12 |
| 12/11 | Deposit | 39075517 | | 500.00 |
| 12/14 | Card Purchase Return | 12/12 Ross Stores #177 Moreno Valley CA Card 4019 | | 164.08 |
| 12/14 | Card Purchase Return | 12/13 Radioshack Cor001365 Moreno Vall CA Card 4019 | | 18.48 |
| 12/14 | Deposit | 34428402 | | 1,000.00 |
| 12/16 | Deposit | 54196089 | | 950.00 |
| 12/16 | Deposit | 54196088 | | 200.00 |
| 12/17 | Deposit | 54196090 | | 951.11 |
| 12/17 | Deposit | 34428401 | | 500.00 |
| 12/21 | Deposit | 36876305 | | 700.00 |
| 12/21 | Deposit | 54560140 | | 300.00 |
| 12/28 | Deposit | 36876306 | | 250.00 |
| 12/30 | Deposit | 38499640 | | 1,390.02 |
| **Total Deposits and Additions** | | | | **$12,764.36** |

## CHECKS PAID

| CHECK NO. | DESCRIPTION | | | DATE PAID | AMOUNT |
|-----------|-------------|--|--|-----------|--------|
| 165 ^ | | | | 12/03 | $578.90 |
| 166 ^ | | | | 12/15 | 219.00 |
| 167 ^ | | | | 12/07 | 180.00 |
| 168 ^ | | | | 12/16 | 211.25 |
| 169 ^ | | | | 12/15 | 706.00 |
| 170 ^ | | | | 12/16 | 367.00 |
| 171 ^ | | | | 12/14 | 45.00 |
| 173 * | Check # 173 | Scg | Wlk IN Pay Moreca POP ID: 30015374W1 | 12/14 | 90.00 |
| 175 * | Check # 175 | Scg | Wlk IN Pay Moreca POP ID: 30015374W1 | 12/14 | 48.00 |
| 176 ^ | | | | 12/16 | 173.32 |
| 177 ^ | | | | 12/16 | 121.00 |
| 178 ^ | | | | 12/14 | 180.00 |
| 179 ^ | | | | 12/17 | 150.00 |
| 180 ^ | | | | 12/29 | 44.00 |
| 181 ^ | | | | 12/21 | 180.00 |
| 182 ^ | | | | 12/29 | 68.95 |
| 183 ^ | | | | 12/23 | 148.36 |
| 184 ^ | | | | 12/30 | 40.00 |
| **Total Checks Paid** | | | | | **$3,550.78** |

If you see a description in the Checks Paid section, it means that we received only electronic information about the check, not the original or an image of the check. As a result, we're not able to return the check to you or show you an image.

\* All of your recent checks may not be on this statement, either because they haven't cleared yet or they were listed on one of your previous statements.

^ An image of this check may be available for you to view on Chase.com.



December 01, 2009 through December 31, 2009

Account Number:

## ATM & DEBIT CARD WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 12/01 | Card Purchase With Pin  11/30 Arco Paypoint Moreno Valley CA Card 4019 | $51.34 |
| 12/02 | Card Purchase        11/30 Life Church of God 09516845433 CA Card 4019 | 180.00 |
| 12/02 | Card Purchase        11/30 Financial Destination 6034210229 NH Card 4019 | 129.95 |
| 12/02 | Card Purchase        12/01 Western Exterminator 800-6982440 CA Card 4019 | 38.95 |
| 12/03 | Card Purchase With Pin  12/02 Food 4 Less Colton CA Card 4019 | 151.42 |
| 12/03 | Card Purchase With Pin  12/02 Wal-Mart #1899 Riverside (E CA Card 4019 | 127.43 |
| 12/03 | Card Purchase        12/02 Macy's East #540 Moreno Valley CA Card 4019 | 126.68 |
| 12/04 | Card Purchase        12/02 Cell Phone Repair Riverside CA Card 4019 | 102.00 |
| 12/04 | Card Purchase        12/03 Kaiser 080950108095010 Riverside CA Card 4019 | 10.00 |
| 12/07 | ATM Withdrawal      12/06 1299 Univesity Ave 105 Riverside CA Card 4019 | 220.00 |
| 12/07 | Card Purchase W/Cash    12/05 #06514 Albertso Riverside CA Card 4019  Purchase $11.95 Cash Back $100.00 | 111.95 |
| 12/07 | Card Purchase With Pin  12/04 Arco Paypoint Moreno CA Card 4019 | 50.15 |
| 12/07 | Card Purchase With Pin  12/05 Arco Paypoint Moreno Valley CA Card 4019 | 43.65 |
| 12/07 | Card Purchase With Pin  12/06 Blockbuster Vid Moreno Valley CA Card 4019 | 43.50 |
| 12/07 | Card Purchase With Pin  12/04 Ross Stores #17 Moreno Valley CA Card 4019 | 19.54 |
| 12/07 | Card Purchase        12/04 Mimis-102      00001Q Moreno Vall CA Card 4019 | 18.30 |
| 12/07 | Card Purchase        12/04 Mimis-102      00001Q Moreno Vall CA Card 4019 | 13.05 |
| 12/07 | Card Purchase W/Cash    12/04 Circle K 00872 Moreno Valley CA Card 4019  Purchase $2.16 Cash Back $10.00 | 12.16 |
| 12/07 | Card Purchase        12/04 Porkys Pizza Moren Valley CA Card 4019 | 11.92 |
| 12/07 | Card Purchase        12/06 Dairy Queen #13263 Q Moreno Vall CA Card 4019 | 8.94 |
| 12/08 | Card Purchase        12/07 Burlington Coa00007484 Murrieta CA Card 4019 | 86.98 |
| 12/08 | Card Purchase        12/07 Kaiser 08092470809247 San Marcos CA Card 4019 | 20.00 |
| 12/08 | Card Purchase        12/06 Del Taco 0714      Q Moreno Vall CA Card 4019 | 6.70 |
| 12/09 | Card Purchase        12/07 Ross Stores #208 Marietta GA Card 4019 | 288.43 |
| 12/09 | Card Purchase With Pin  12/08 Food 4 Less Perris CA Card 4019 | 276.43 |
| 12/09 | Card Purchase With Pin  12/08 Superior Grocer Moreno Valley CA Card 4019 | 58.46 |
| 12/09 | Card Purchase        12/07 Ross Stores #696 Menifee CA Card 4019 | 15.21 |
| 12/09 | Card Purchase        12/07 Tabacco Shop #1 Perris CA Card 4019 | 13.25 |
| 12/09 | Card Purchase        12/07 Jack IN The Bo00033Qps Menifee CA Card 4019 | 4.32 |
| 12/10 | Card Purchase        12/09 Crystal Cathedral Re Garden Grov CA Card 4019 | 69.00 |
| 12/10 | ATM Withdrawal      12/10 22950 Towngate Blvd Moreno Valle CA Card 4019 | 40.00 |
| 12/10 | Card Purchase W/Cash    12/09 Office Depot Moreno Valley CA Card 4019  Purchase $3.62 Cash Back $10.00 | 13.62 |
| 12/10 | Card Purchase With Pin  12/09 Chevron/Stoneri Moreno Valley CA Card 4019 | 10.04 |
| 12/11 | Card Purchase        12/09 A-1 Appliance Banning CA Card 4019 | 300.00 |
| 12/11 | Card Purchase With Pin  12/10 Wal-Mart #1922 Rancho Cucam CA Card 4019 | 181.16 |
| 12/11 | Card Purchase        12/09 Office Depot #627 Moreno Valley CA Card 4019 | 54.32 |
| 12/11 | Card Purchase With Pin  12/10 Arco Paypoint Moreno CA Card 4019 | 48.66 |
| 12/11 | Card Purchase        12/09 Office Depot #627 Moreno Valley CA Card 4019 | 8.42 |
| 12/11 | Card Purchase With Pin  12/10 99 Cent Stores Moreno Valley CA Card 4019 | 6.52 |
| 12/14 | Card Purchase        12/11 Eastern Municipal WA 09099283777 CA Card 4019 | 441.50 |
| 12/14 | ATM Withdrawal      12/12 26220 Iris Avenue Moreno Valley CA Card 4019 | 100.00 |
| 12/14 | Card Purchase        12/11 Dd's Discounts #5019 Moreno Vall CA Card 4019 | 79.31 |
| 12/14 | Card Purchase With Pin  12/12 Wal-Mart #1899 Riverside (E CA Card 4019 | 77.79 |
| 12/14 | Card Purchase        12/11 Dd's Discounts #5019 Moreno Vall CA Card 4019 | 77.09 |
| 12/14 | Card Purchase With Pin  12/12 Winco Foods Moreno Valley CA Card 4019 | 46.08 |

# CHASE ⬡

December 01, 2009 through December 31, 2009

Account Number:



## ATM & DEBIT CARD WITHDRAWALS *(continued)*

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 12/14 | ATM Withdrawal      12/14 22950 Towngate Blvd Moreno Valle CA Card 4019 | 40.00 |
| 12/14 | Card Purchase With Pin  12/12 Costco Whse #04 Moreno Valle CA Card 4019 | 35.03 |
| 12/14 | Card Purchase With Pin  12/11 Food 4 Less Vd  Moreno VI CA Card 4019 | 33.57 |
| 12/14 | Card Purchase W/Cash    12/11 Stater Bros #82 Moreno Valley CA Card 4019 Purchase $13.01 Cash Back $20.00 | 33.01 |
| 12/14 | Card Purchase        12/12 Ross Stores #177 Moreno Valley CA Card 4019 | 27.18 |
| 12/14 | Card Purchase        12/13 Radioshack Cor001365 Moreno Vall CA Card 4019 | 18.48 |
| 12/14 | Card Purchase        12/10 Sally Beauty #2361 Moreno Valley CA Card 4019 | 5.97 |
| 12/15 | Card Purchase With Pin  12/14 Verizon*Recurringpay 800-483-300 PA Card 4019 | 155.79 |
| 12/15 | Card Purchase With Pin  12/14 Arco Paypoint Banning CA Card 4019 | 40.36 |
| 12/15 | Card Purchase With Pin  12/14 Marshalls Riverside CA Card 4019 | 9.98 |
| 12/16 | Card Purchase        12/13 Nails Club & Spa Moreno Valley CA Card 4019 | 41.00 |
| 12/16 | Card Purchase With Pin  12/15 Rite Aid Corp. Moreno Valley CA Card 4019 | 20.88 |
| 12/17 | Card Purchase        12/16 Verizon*Recurringpay 800-483-300 PA Card 4019 | 178.75 |
| 12/17 | Card Purchase With Pin  12/16 99 Cent Stores Moreno Valley CA Card 4019 | 67.33 |
| 12/17 | Card Purchase With Pin  12/16 Arco Paypoint Moreno CA Card 4019 | 44.99 |
| 12/17 | Card Purchase With Pin  12/16 99 Cent Stores Moreno Valley CA Card 4019 | 34.80 |
| 12/17 | Card Purchase        12/15 99-Cents-Only #0086 Moreno Valle CA Card 4019 | 34.14 |
| 12/18 | Card Purchase With Pin  12/17 Winco Foods Moreno Valley CA Card 4019 | 615.58 |
| 12/18 | Card Purchase With Pin  12/17 Food 4 Less Oreno Valley CA Card 4019 | 135.09 |
| 12/18 | Card Purchase With Pin  12/17 7-Eleven Moreno Valley CA Card 4019 | 13.94 |
| 12/18 | Card Purchase        12/16 Del Taco 0240      Q Moreno Vall CA Card 4019 | 5.75 |
| 12/21 | Card Purchase With Pin  12/19 Arco Paypoint Moreno Valley CA Card 4019 | 81.80 |
| 12/21 | Card Purchase        12/18 #7Olucille's Rib Shack Orange CA Card 4019 | 58.95 |
| 12/21 | Card Purchase With Pin  12/19 99 Cent Stores Moreno Valley CA Card 4019 | 54.32 |
| 12/21 | Card Purchase With Pin  12/18 Dd's Discounts Moreno Valley CA Card 4019 | 46.64 |
| 12/21 | Card Purchase        12/17 Papa Joes Pizza Moreno Valley CA Card 4019 | 45.90 |
| 12/21 | Card Purchase With Pin  12/19 Dd's Discounts Moreno Valley CA Card 4019 | 42.90 |
| 12/21 | Card Purchase        12/21 Vistaprint 57146-749 31307785077 MA Card 4019 | 9.98 |
| 12/21 | Card Purchase With Pin  12/19 Wal-Mart #1747 Perris CA Card 4019 | 8.66 |
| 12/21 | Card Purchase        12/19 Joker Tacos Moreno Valley CA Card 4019 | 8.21 |
| 12/21 | Card Purchase        12/20 Ralphs  Riverside CA Card 4019 | 6.38 |
| 12/22 | Card Purchase With Pin  12/21 Wal-Mart #1899 Riverside (E CA Card 4019 | 97.48 |
| 12/22 | Card Purchase        12/21 See's Candy #167 Riverside CA Card 4019 | 35.95 |
| 12/22 | Card Purchase With Pin  12/21 Arco Paypoint Riverside CA Card 4019 | 26.14 |
| 12/23 | Card Purchase With Pin  12/23 Dd's Discounts Moreno Valley CA Card 4019 | 116.66 |
| 12/23 | Card Purchase With Pin  12/22 Wal-Mart #1899 Riverside (E CA Card 4019 | 91.54 |
| 12/23 | Card Purchase With Pin  12/22 Arco Paypoint Moreno Valley CA Card 4019 | 28.67 |
| 12/23 | Card Purchase        12/21 Cke 1100202  11002Qps Riverside CA Card 4019 | 6.47 |
| 12/24 | Card Purchase With Pin  12/23 99 Cent Stores Riverside CA Card 4019 | 167.17 |
| 12/24 | Card Purchase With Pin  12/23 Kaiser 08095010 Riverside CA Card 4019 | 20.00 |
| 12/28 | Card Purchase        12/26 Dtv*Directv Service 800-347-3288 CA Card 4019 | 94.99 |
| 12/28 | Card Purchase With Pin  12/25 Cardenas Market Moreno Valley CA Card 4019 | 64.83 |
| 12/28 | Card Purchase W/Cash    12/24 #06574 Albertso Tustin CA Card 4019 Purchase $29.98 Cash Back $20.00 | 49.98 |
| 12/28 | Card Purchase With Pin  12/24 Arco Paypoint Moreno Valley CA Card 4019 | 39.45 |
| 12/28 | Card Purchase        12/24 Western Exterminator 800-6982440 CA Card 4019 | 38.95 |
| 12/28 | Card Purchase        12/27 Mission Inn F-B Riverside CA Card 4019 | 26.20 |

# CHASE ⬡

December 01, 2009 through December 31, 2009

Account Number:

## ATM & DEBIT CARD WITHDRAWALS *(continued)*

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 12/28 | Card Purchase          12/24 Coco's - 153 Tustin CA Card 4019 | 21.68 |
| 12/28 | Card Purchase With Pin  12/26 Usps 0551560553 Moreno Valley CA Card 4019 | 21.20 |
| 12/28 | Card Purchase          12/24 Starbucks USA 00096Qps Riverside CA Card 4019 | 8.60 |
| 12/28 | Card Purchase          12/26 Office Depot #627 Moreno Valley CA Card 4019 | 0.88 |
| 12/29 | Card Purchase With Pin  12/28 Staples, Inc. Riverside CA Card 4019 | 59.44 |
| 12/29 | Card Purchase With Pin  12/28 Cardenas Market Moreno Valle CA Card 4019 | 44.22 |
| 12/29 | Card Purchase With Pin  12/28 Office Depot Moreno Valley CA Card 4019 | 25.64 |
| 12/29 | Card Purchase With Pin  12/28 99 Cent Stores Moreno Valley CA Card 4019 | 11.79 |
| 12/29 | Card Purchase          12/28 Staples    001110 Moreno Vall CA Card 4019 | 1.04 |
| 12/30 | Card Purchase          12/28 Financial Destination 6034210229 NH Card 4019 | 129.95 |
| 12/30 | Card Purchase With Pin  12/29 Arco Paypoint Moreno Valley CA Card 4019 | 48.58 |
| 12/30 | Card Purchase          12/28 Office Depot #627 Moreno Valley CA Card 4019 | 2.54 |
| 12/31 | Card Purchase With Pin  12/30 Food 4 Less Oreno Valley CA Card 4019 | 32.19 |

**Total ATM & Debit Card Withdrawals** $7,061.81

## OTHER WITHDRAWALS, FEES & CHARGES

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 12/03 | Withdrawal | $1,200.00 |
| 12/03 | Verizon Main    Bill Pay  4471330991    Tel ID: 7529071411 | 157.15 |
| 12/03 | Billmatrix    Bill Pay  4471330992    Tel ID: 7529000011 | 3.50 |
| 12/04 | Vz Wireless Vw  E Check  5273967    Tel ID: 0000751800 | 65.36 |
| 12/17 | Withdrawal | 20.00 |
| 12/21 | T-Mobile    Fdc Paymen 9739347    Tel ID: 0000450304 | 164.00 |
| 12/29 | Directv    Directv  1560891    Tel ID: 0000035774 | 130.14 |
| 12/29 | Insufficient Funds Fee | 33.00 |
| 12/29 | Insufficient Funds Fee | 33.00 |
| 12/29 | Insufficient Funds Fee | 33.00 |
| 12/29 | Insufficient Funds Fee | 33.00 |
| 12/29 | Insufficient Funds Fee | 33.00 |
| 12/29 | Insufficient Funds Fee | 33.00 |
| 12/31 | Vz Wireless Vw  E Check  8670274    Tel ID: 0000751800 | 81.62 |

**Total Other Withdrawals, Fees & Charges** $2,019.77

## DAILY ENDING BALANCE

| DATE | AMOUNT | DATE | AMOUNT |
|------|--------|------|--------|
| 12/01 | $1,549.19 | 12/11 | 1,533.84 |
| 12/02 | 1,900.29 | 12/14 | 1,338.39 |
| 12/03 | 1,055.21 | 12/15 | 207.26 |
| 12/04 | 877.85 | 12/16 | 422.81 |
| 12/07 | 144.69 | 12/17 | 1,343.91 |
| 12/08 | 918.93 | 12/18 | 573.55 |
| 12/09 | 262.83 | 12/21 | 865.81 |
| 12/10 | 1,121.80 | 12/22 | 706.24 |

# CHASE ⬡

## DAILY ENDING BALANCE  *(continued)*

| DATE | AMOUNT | DATE | AMOUNT |
|------|--------|------|--------|
| 12/23 | 314.54 | 12/29 | -572.61 |
| 12/24 | 127.37 | 12/30 | 596.34 |
| 12/28 | 10.61 | 12/31 | 482.53 |

## SERVICE CHARGE SUMMARY

| TRANSACTIONS FOR SERVICE FEE CALCULATION | NUMBER OF TRANSACTIONS |
|------|------|
| Checks Paid / Debits | 20 |
| Deposits / Credits | 19 |
| Deposited Items | 27 |
| **Transaction Total** | **66** |

| SERVICE FEE CALCULATION | AMOUNT |
|------|------|
| Service Fee | $0.00 |
| Service Fee Credit | $0.00 |
| **Net Service Fee** | **$0.00** |
| Excessive Transaction Fees (Above ) | $0.00 |
| **Total Service Fees** | **$0.00** |



# CHASE 

JPMorgan Chase Bank, N.A.
P O Box 260180
Baton Rouge, LA 70826-0180

October 31, 2009 through November 30, 2009

Account Number:



### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | **Chase.com** |
| Service Center: | **1-800-242-7338** |
| Hearing Impaired: | 1-800-242-7383 |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |

00172549 DRE 703 143 33509 - NNNYN T  1  000000000  63 0000
ELIZABETH M REID
DBA IMMANUEL HOUSE
PO BOX 10271
MORENO VALLEY CA 92552-0271

### Take Charge of Your Checking Account to Help Avoid Fees

1. **Sign up for overdraft protection** from your Savings Account or Chase Credit Card*.
2. **Sign up for low balance alerts** at Chase.com/freealerts.
3. **Enroll in Chase Mobile** SM to get your balance by text message at Chase.com/Mobile.
4. **Check your balances and transactions 24/7** at Chase.com

Want to  learn more about managing your checking account?
Visit your local branch and speak to a personal banker today
or visit www.Chase.com/ManageMyAccount

*Overdraft Protection may be subject to credit approval.  Fees may apply.

## IMPORTANT NOTICE ABOUT YOUR ACCOUNT

We strictly prohibit the use of your accounts to conduct any transactions involving unlawful Internet gambling or
any other illegal activity. This includes accepting or receiving any funds or deposits to your accounts from
unlawful Internet gambling or other illegal activity. If you have any questions, please call us at 1-800-CHASE38
(1-800-242-7338).

## CHECKING SUMMARY | Chase Free Business Checking

| | INSTANCES | AMOUNT |
|---|---|---|
| **Beginning Balance** | | **$1,240.56** |
| Deposits and Additions | 15 | 7,371.11 |
| Checks Paid | 3 | - 709.07 |
| ATM & Debit Card Withdrawals | 77 | - 5,625.21 |
| Other Withdrawals, Fees & Charges | 8 | - 1,926.86 |
| **Ending Balance** | **103** | **$350.53** |



October 31, 2009 through November 30, 2009

Account Number:



## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 11/05 | Deposit    39437221 | $117.00 |
| 11/06 | Deposit    60712805 | 1,250.00 |
| 11/09 | Deposit    39080036 | 750.00 |
| 11/09 | Deposit    54506746 | 100.00 |
| 11/09 | Deposit    54506747 | 0.62 |
| 11/10 | Deposit    60832856 | 200.00 |
| 11/16 | Deposit    39075525 | 1,000.00 |
| 11/16 | Deposit    60772952 | 910.00 |
| 11/16 | Deposit    39262355 | 250.00 |
| 11/17 | Deposit    34069107 | 250.00 |
| 11/18 | Deposit    39075100 | 750.00 |
| 11/19 | Card Purchase Return    11/13 T Mobile No 7387 Moreno Valley CA Card 4019 | 43.49 |
| 11/19 | Deposit    34428399 | 1,000.00 |
| 11/27 | Deposit    39075541 | 500.00 |
| 11/30 | Deposit    54196084 | 250.00 |
| **Total Deposits and Additions** | | **$7,371.11** |

## CHECKS PAID

| CHECK NO. | DESCRIPTION | DATE PAID | AMOUNT |
|-----------|-------------|-----------|--------|
| 161  ^ | | 11/12 | $269.19 |
| 162  ^ | | 11/12 | 269.88 |
| 163  ^ | | 11/10 | 170.00 |
| **Total Checks Paid** | | | **$709.07** |

If you see a description in the Checks Paid section, it means that we received only electronic information about the check, not the original or an image of the check. As a result, we're not able to return the check to you or show you an image.

^ An image of this check may be available for you to view on Chase.com.

## ATM & DEBIT CARD WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 11/02 | Card Purchase    10/31 Brady S Automotive Moreno Valley CA Card 4019 | $336.36 |
| 11/02 | Card Purchase    10/31 The Home Depot 616 Moreno Valley CA Card 4019 | 189.55 |
| 11/02 | Card Purchase With Pin  10/30 Wal-Mart #1899 Riverside (E CA Card 4019 | 80.48 |
| 11/02 | Card Purchase With Pin  10/31 Arco Paypoint Riverside CA Card 4019 | 44.20 |
| 11/02 | Non-Chase ATM Withdraw  11/02 498 E. 4th Street  US Perris CA Card 4019 | 41.50 |
| 11/02 | ATM Withdrawal    11/02 22950 Towngate Blvd Moreno Valle CA Card 4019 | 40.00 |
| 11/02 | Card Purchase    10/30 Western Exterminator 800-6982440 CA Card 4019 | 38.95 |
| 11/02 | Card Purchase    10/29 Ph Woods Moreno Valley CA Card 4019 | 34.37 |
| 11/02 | Card Purchase With Pin  10/31 Target T0660 Fo Fontana CA Card 4019 | 25.69 |
| 11/02 | Card Purchase    10/30 Popeyes    Q Moreno Vall CA Card 4019 | 6.51 |
| 11/02 | Card Purchase    11/02 Cowboy Burgers & Bbq F Fontana CA Card 4019 | 6.30 |
| 11/02 | Card Purchase    10/31 Carl's Jr #499    Q San Bernadi CA Card 4019 | 5.33 |
| 11/03 | Card Purchase With Pin  11/02 99 Cent Stores Moreno Valley CA Card 4019 | 7.52 |
| 11/04 | Card Purchase    11/02 Joseph M Chakar Fami Moreno Vall CA Card 4019 | 120.00 |

# CHASE ⬡

October 31, 2009 through November 30, 2009

Account Number:

## ATM & DEBIT CARD WITHDRAWALS *(continued)*

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 11/04 | Card Purchase        11/02 Kaiser Pharmacy #508 Moreno Vall CA Card 4019 | 10.00 |
| 11/05 | Card Purchase        11/03 Life Church of God 09516845433 CA Card 4019 | 170.00 |
| 11/05 | Card Purchase With Pin  11/04 Arco Paypoint Moreno Valley CA Card 4019 | 51.38 |
| 11/05 | Card Purchase        11/03 Office Depot #627 Moreno Valley CA Card 4019 | 5.09 |
| 11/06 | Card Purchase        11/04 Bobos Beauty Supply Rch Cucamong CA Card 4019 | 122.30 |
| 11/09 | Card Purchase With Pin  11/08 Arco Paypoint Moreno Valley CA Card 4019 | 72.40 |
| 11/09 | Card Purchase W/Cash   11/06 Stater Bros #14 Riverside CA Card 4019 Purchase $13.52 Cash Back $40.00 | 53.52 |
| 11/09 | Card Purchase        11/06 Riverside County Trave Perris CA Card 4019 | 21.29 |
| 11/09 | Card Purchase With Pin  11/07 Arco Paypoint Riverside CA Card 4019 | 20.43 |
| 11/09 | Card Purchase With Pin  11/06 Superior Grocer Moreno Valley CA Card 4019 | 11.77 |
| 11/09 | Card Purchase With Pin  11/07 99 Cent Stores Moreno Valley CA Card 4019 | 7.61 |
| 11/10 | ATM Withdrawal        11/10 22950 Towngate Blvd Moreno Valle CA Card 4019 | 240.00 |
| 11/10 | Card Purchase        11/08 Mimis-102    00001Q Moreno Vall CA Card 4019 | 55.98 |
| 11/10 | Card Purchase        11/09 Kaiser 080950108095010 Riverside CA Card 4019 | 50.00 |
| 11/10 | Card Purchase        11/08 Santana's Mexican Food Riverside CA Card 4019 | 8.48 |
| 11/10 | Card Purchase        11/08 Santana's Mexican Food Riverside CA Card 4019 | 7.17 |
| 11/12 | Card Purchase        11/10 Dtv*Directv Service 800-347-3288 CA Card 4019 | 154.47 |
| 11/12 | Card Purchase        11/09 Life Church of God 09516845433 CA Card 4019 | 70.00 |
| 11/12 | Card Purchase With Pin  11/11 Arco Paypoint Riverside CA Card 4019 | 46.25 |
| 11/12 | Card Purchase        11/11 Tca Fastrak (R) Toll Road Pmt CA Card 4019 | 30.00 |
| 11/13 | Card Purchase        11/12 T Mobile No 7387 Moreno Valley CA Card 4019 | 43.49 |
| 11/13 | Card Purchase With Pin  11/12 Arco Paypoint Fontana CA Card 4019 | 30.45 |
| 11/16 | Card Purchase        11/13 Verizon*Recurringpay 800-483-300 PA Card 4019 | 136.88 |
| 11/16 | Card Purchase        11/13 T Mobile 8741 Moreno Valley CA Card 4019 | 54.36 |
| 11/16 | Card Purchase        11/12 Office Depot #627 Moreno Valley CA Card 4019 | 2.06 |
| 11/16 | Card Purchase        11/12 Office Depot #627 Moreno Valley CA Card 4019 | 1.27 |
| 11/18 | Card Purchase With Pin  11/17 Food 4 Less Vd  Moreno Vi CA Card 4019 | 800.97 |
| 11/18 | Card Purchase W/Cash   11/17 Food 4 Less Colton CA Card 4019 Purchase $178.39 Cash Back $60.00 | 238.39 |
| 11/18 | Card Purchase W/Cash   11/17 Rite Aid Corp. Moreno Valley CA Card 4019 Purchase $5.61 Cash Back $10.00 | 15.61 |
| 11/19 | ATM Withdrawal        11/19 101 E. Foothill Blvd. Rialto CA Card 4019 | 160.00 |
| 11/19 | Card Purchase With Pin  11/18 Arco Paypoint Moreno Valley CA Card 4019 | 63.45 |
| 11/19 | Card Purchase With Pin  11/18 Office Depot Moreno Valley CA Card 4019 | 52.29 |
| 11/20 | Card Purchase With Pin  11/19 Arco Paypoint Moreno CA Card 4019 | 53.66 |
| 11/20 | Card Purchase With Pin  11/19 Usps 0551560553 Moreno Valley CA Card 4019 | 10.12 |
| 11/20 | Card Purchase        11/18 Office Depot #627 Moreno Valley CA Card 4019 | 2.94 |
| 11/20 | Card Purchase        11/19 Staples    00101444 Riverside CA Card 4019 | 1.31 |
| 11/20 | Card Purchase        11/18 Office Depot #627 Moreno Valley CA Card 4019 | 1.17 |
| 11/23 | ATM Withdrawal        11/23 22950 Towngate Blvd Moreno Valley CA Card 4019 | 200.00 |
| 11/23 | Card Purchase        11/20 Verizon*Recurringpay 800-483-300 PA Card 4019 | 170.31 |
| 11/23 | Card Purchase        11/20 Life Church of God 09516845433 CA Card 4019 | 170.00 |
| 11/23 | Card Purchase With Pin  11/20 Ross Stores #31 Fontana CA Card 4019 | 92.87 |
| 11/23 | Card Purchase With Pin  11/20 Arco Paypoint Moreno CA Card 4019 | 80.45 |
| 11/23 | Card Purchase With Pin  11/22 Arco Paypoint Riverside CA Card 4019 | 54.20 |
| 11/23 | Card Purchase With Pin  11/20 Food 4 Less Perris CA Card 4019 | 40.89 |
| 11/23 | Card Purchase        11/21 Ghirardelli#114-San Q3 San Diego CA Card 4019 | 25.94 |



October 31, 2009 through ~~November 30, 2009~~

Account Number:



## ATM & DEBIT CARD WITHDRAWALS *(continued)*

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 11/23 | Card Purchase      11/20 Gtl*Globaltellink 866-230-7761 AL Card 4019 | 25.00 |
| 11/23 | Card Purchase      11/21 San Diego Automotive M San Diego CA Card 4019 | 24.00 |
| 11/23 | Card Purchase      11/22 Popeyes      Q Moreno Vall CA Card 4019 | 7.05 |
| 11/24 | Card Purchase With Pin  11/23 Wal-Mart #1899 Riverside (E CA Card 4019 | 161.86 |
| 11/24 | Card Purchase With Pin  11/23 Winco Foods Moreno Valley CA Card 4019 | 71.36 |
| 11/24 | Card Purchase With Pin  11/23 Superior Grocer Moreno Valley CA Card 4019 | 56.50 |
| 11/24 | Card Purchase With Pin  11/23 Stater Bros #82 Moreno Valley CA Card 4019 | 37.29 |
| 11/24 | Card Purchase      11/21 The Field San Diego CA Card 4019 | 35.27 |
| 11/24 | Card Purchase With Pin  11/23 Office Depot Moreno Valley CA Card 4019 | 21.67 |
| 11/25 | Card Purchase With Pin  11/24 Food 4 Less Vd  Moreno VI CA Card 4019 | 49.58 |
| 11/25 | Card Purchase With Pin  11/24 99 Cent Stores Moreno Valley CA Card 4019 | 45.02 |
| 11/27 | Card Purchase      11/24 Life Church of God 09516845433 CA Card 4019 | 150.00 |
| 11/27 | Card Purchase      11/26 Dtv*Directv Service 800-347-3288 CA Card 4019 | 94.99 |
| 11/27 | Card Purchase With Pin  11/25 Arco Paypoint Fontana CA Card 4019 | 50.17 |
| 11/27 | Card Purchase With Pin  11/25 99 Cent Stores Moreno Valley CA Card 4019 | 29.90 |
| 11/30 | Card Purchase W/Cash    11/28 The Home Depot Moreno Valley CA Card 4019<br>Purchase $19.94 Cash Back $20.00 | 39.94 |
| 11/30 | Card Purchase With Pin  11/28 Food 4 Less Oreno Valley CA Card 4019 | 21.32 |
| 11/30 | Card Purchase With Pin  11/27 Big Lots #04169 Moreno Valley CA Card 4019 | 16.31 |
| **Total ATM & Debit Card Withdrawals** | | **$5,625.21** |

## OTHER WITHDRAWALS, FEES & CHARGES

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 11/02 | Non-Chase ATM Fee-With | $2.00 |
| 11/06 | T-Mobile      Fdc Paymen 3742345      Tel ID: 0000450304 | 157.51 |
| 11/09 | Withdrawal | 1,100.00 |
| 11/12 | Vz Wireless Vw  E Check   1062354      Tel ID: 0000751800 | 95.72 |
| 11/13 | Insufficient Funds Fee | 198.00 |
| 11/16 | Insufficient Funds Fee | 66.00 |
| 11/16 | T-Mobile      Fdc Paymen 5703666      Tel ID: 0000450304 | 153.81 |
| 11/30 | T-Mobile      Fdc Paymen 5405201      Tel ID: 0000450304 | 153.82 |
| **Total Other Withdrawals, Fees & Charges** | | **$1,926.86** |

A Overdraft fee was charged on 11/13 due to insufficient funds in your account.

A Overdraft fee was charged on 11/16 due to insufficient funds in your account.

## DAILY ENDING BALANCE

| DATE | AMOUNT | DATE | AMOUNT |
|---|---|---|---|
| 11/02 | $389.32 | 11/10 | 344.49 |
| 11/03 | 381.80 | 11/12 | -591.02 |
| 11/04 | 251.80 | 11/13 | -862.96 |
| 11/05 | 142.33 | 11/16 | 882.66 |
| 11/06 | 1,112.52 | 11/17 | 1,132.66 |
| 11/09 | 676.12 | 11/18 | 827.69 |

# CHASE ⬡

October 31, 2009 through November 30, 2009

Account Number:

## DAILY ENDING BALANCE  *(continued)*

| DATE | AMOUNT | DATE | AMOUNT |
|------|--------|------|--------|
| 11/19 | 1,595.44 | 11/25 | 156.98 |
| 11/20 | 1,526.24 | 11/27 | 331.92 |
| 11/23 | 635.53 | 11/30 | 350.53 |
| 11/24 | 251.58 | | |

## SERVICE CHARGE SUMMARY

| TRANSACTIONS FOR SERVICE FEE CALCULATION | NUMBER OF TRANSACTIONS |
|---|---|
| Checks Paid / Debits | 4 |
| Deposits / Credits | 14 |
| Deposited Items | 19 |
| **Transaction Total** | **37** |

| SERVICE FEE CALCULATION | AMOUNT |
|---|---|
| Service Fee | $0.00 |
| Service Fee Credit | $0.00 |
| **Net Service Fee** | **$0.00** |
| Excessive Transaction Fees (Above ) | $0.00 |
| **Total Service Fees** | **$0.00** |

B22C (Official Form 22C) (Chapter 13) (01/08)

In re __Reid, Elizabeth_____
            Debtor(s)

Case number: _____
            (If known)

| According to the calculations required by this statement: |
| --- |
| ☐ **The applicable commitment period is 3 years.** |
| ☒ **The applicable commitment period is 5 years.** |
| ☒ **Disposable income is determined under § 1325(b)(3).** |
| ☐ **Disposable income is not determined under § 1325(b)(3).** |
| (Check the boxes as directed in Lines 17 and 23 of this statement.) |

# CHAPTER 13 STATEMENT OF CURRENT MONTHLY INCOME
# AND CALCULATION OF COMMITMENT PERIOD AND DISPOSABLE INCOME

In addition to Schedules I and J, this statement must be completed by every individual Chapter 13 debtor, whether or not filing jointly.
Joint debtors may complete one statement only.

| Part I. REPORT OF INCOME | | |
| --- | --- | --- |
| **Marital/filing status.** Check the box that applies and complete the balance of this part of this statement as directed.<br>a. ☒ Unmarried.  **Complete only Column A ("Debtor's Income") for Lines 2-10.**<br>b. ☐ Married.  **Complete both Column A ("Debtor's Income") and Column B ("Spouse's Income") for lines 2-10.** | | |

| 1 | All figures must reflect average monthly income received from all sources, derived during the six calendar months prior to filing the bankruptcy case, ending on the last day of the month before the filing. If the amount of monthly income varied during the six months, you must divide the six month total by six, and enter the result on the appropriate line. | **Column A<br>Debtor's<br>Income** | **Column B<br>Spouse's<br>Income** |
| --- | --- | --- | --- |
| 2 | **Gross wages, salary, tips, bonuses, overtime, commissions.** | $4,473.32 | $ |

| 3 | **Income from the operation of a business, profession, or farm.**   Subtract Line b from Line a and enter the difference in the appropriate column(s) of Line 3. If you operate more than one business, profession or farm, enter aggregate numbers and provide details on an attachment. Do not enter a number less than zero. **Do not include any part of the business expenses entered on Line b as a deduction in Part IV.** | | |
| --- | --- | --- | --- |
| | a. | Gross receipts | $3,458.97 | | |
| | b. | Ordinary and necessary business expenses | $6,318.28 | | |
| | c. | Business income | Subtract Line b from Line a | $0.00 | $ |

| 4 | **Rent and other real property income.**   Subtract Line b from Line a and enter the difference in the appropriate column(s) of Line 4. Do not enter a number less than zero. **Do not include any part of the operating expenses entered on Line b as a deduction in Part IV.** | | |
| --- | --- | --- | --- |
| | a. | Gross receipts | $0.00 | | |
| | b. | Ordinary and necessary operating expenses | $0.00 | | |
| | c. | Rent and other real property income | Subtract Line b from Line a | $0.00 | $ |

| 5 | **Interest, dividends, and royalties.** | $0.00 | $ |
| --- | --- | --- | --- |
| 6 | **Pension and retirement income.** | $0.00 | $ |
| 7 | **Any amounts paid by another person or entity, on a regular basis, for the household expenses the debtor or the debtor's dependents, including child support paid for that purpose.** Do not include alimony or separate maintenance payments or amounts paid by the debtor's spouse. | $0.00 | $ |
| 8 | **Unemployment compensation.**   Enter the amount in the appropriate column(s) of Line 8. However, if you contend that unemployment compensation received by you or your spouse was a benefit under the Social Security Act, do not list the amount of such compensation in Column A or B, but instead state the amount in the space below:<br><br>Unemployment compensation claimed to be a benefit under the Social Security Act    Debtor $0.00_____    Spouse $_____ | $0.00 | $ |

B22C (Official Form 22C) (Chapter 13) (01/08)

| | | | | |
|---|---|---|---|---|
| 9 | **Income from all other sources.**  Specify source and amount. If necessary, list additional sources on a separate page. Total and enter on Line 9.  **Do not include** alimony or separate maintenance payments **paid by your spouse,** but include all other payments of alimony or separate maintenance. **Do not include**  any benefits received under the Social Security Act or payments received as a victim of a against humanity, or as a victim of international or domestic terrorism. | | | |
| | | a. | Disability Income | $0.00 |
| | | | | $0.00 | $ |
| 10 | **Subtotal.**  Add Lines 2 thru 9 in Column A, and, if Column B is completed, add Lines 2 through 9 in Column B. Enter the total(s). | | $4,473.32 | $ |
| 11 | **Total.**  If column B has been completed, add Line 10, Column A to Line 10, Column B, and enter the total. If Column B has not been completed, enter the amount from Line 10, Column A. | | | $4,473.32 |

## Part II. CALCULATION OF § 1325(b)(4) COMMITMENT PERIOD

| | | |
|---|---|---|
| 12 | Enter the amount from Line 11. | $4,473.32 |
| 13 | **Marital adjustment.**  If you are married, but are not filing jointly with your spouse, AND if you contend that calculation of the commitment period under § 1325(b)(4) does not require inclusion of the income of your spouse, enter on Line 13 the amount of the income listed in Line 10, Column B that was NOT paid on a regular basis for the household expenses of you or your dependents and specify, in the lines below, the basis for excluding this income (such as payment of the spouse's tax liability or the spouse's support of persons other than the debtor or the debtor's dependents) and the amount of income devoted to each purpose. If necessary, list additional adjustments on a separate page. If the conditions for entering this adjustment do not apply, enter zero. |  |

| | | |
|---|---|---|
| a. | | $0.00 |
| b. | | $0.00 |
| c. | | $0.00 |

| | | |
|---|---|---|
| | | $0.00 |
| 14 | **Subtract Line 13 from Line 12 and enter the result.** | $4,473.32 |
| 15 | **Annualized current monthly income for § 1325(b)(4).**  Multiply the amount from Line 14 by the number 12 and enter the result. | $53,679.84 |
| 16 | **Applicable median family income.**  Enter the median family income for applicable state and household size. (This information is available by family size at  www.usdoj.gov/ust/  or from the clerk of the bankruptcy court.) a. Enter debtor's state of residence: ___CALIFORNIA___  b. Enter debtor's household size: ___1___ | $47,363.00 |
| 17 | **Application of § 1325(b)(4).**  Check the applicable box and proceed as directed. ☐ **The amount on Line 15 is less than the amount on Line 16.**  Check the box for "The applicable commitment period is 3 years" at the top of page 1 of this statement and continue with this statement. ☒ **The amount on Line 15 is not less than the amount on Line 16.**  Check the box for "The applicable commitment period is 5 years" at the top of page 1 of this statement and continue with this statement. | |

## Part III. APPLICATION OF § 1325(b)(3) FOR DETERMINING DISPOSABLE INCOME

| | | |
|---|---|---|
| 18 | Enter the amount from Line 11. | $4,473.32 |
| 19 | **Marital adjustment.**  If you are married, but are not filing jointly with your spouse, enter on Line 19 the total of any income listed in Line 10, Column B that was NOT paid on a regular basis for the household expenses of the debtor or the debtor's dependents. Specify in the lines below the basis for excluding the Column B income (such as payment of the spouse's tax liability or the spouse's support of persons other than the debtor or the debtor's dependents) and the amount of income devoted to each purpose. If necessary, list additional adjustments on a separate page. If the conditions for entering this adjustment do not apply, enter zero. | |

| | | |
|---|---|---|
| a. | | $0.00 |
| b. | | $0.00 |
| c. | | $0.00 |

| | | |
|---|---|---|
| | | $0.00 |
| 20 | **Current monthly income for § 1325(b)(3).**  Subtract Line 19 from Line 18 and enter the result. | $4,473.32 |
| 21 | **Annualized current monthly income for § 1325(b)(3).**  Multiply the amount from Line 20 by the number 12 and enter the result. | $53,679.84 |

B22C (Official Form 22C) (Chapter 13) (01/08)

| 22 | Applicable median family income. Enter the amount from Line 16. | $47,363.00 |
|---|---|---|

| 23 | **Application of § 1325(b)(3).**  Check the applicable box and proceed as directed.<br><br>☒ **The amount on Line 21 is more than the amount on Line 22.**  Check the box for "Disposable income is determined under § 1325(b)(3)" at the top of page 1 of this statement and complete the remaining parts of this statement.<br><br>☐ **The amount on Line 21 is not more than the amount on Line 22.**  Check the box for "Disposable income is not determined under § 1325(b)(3)" at the top of page 1 of this statement and complete Part VII of this statement. **Do not complete Parts IV, V, or VI.** | |

## Part IV. CALCULATION OF DEDUCTIONS ALLOWED FROM INCOME

### Subpart A: Deductions under Standards of the Internal Revenue Service (IRS)

| 24A | **National Standards: food, apparel and services, housekeeping supplies, personal care, and miscellaneous.** Enter in Line 24A the "Total" amount from IRS National Standards for Allowable Living Expenses for the applicable household size. (This information is available at  www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) | $507.00 |
|---|---|---|

| 24B | **National Standards: health care.**  Enter in Line a1 below the amount from IRS National Standards for Out-of-Pocket Health Care for persons under 65 years of age, and in Line a2 the IRS National Standards for Out-of-Pocket Health Care for persons 65 years of age or older. (This information is available at  www.usdoj.gov/ust/ from the clerk of the bankruptcy court.) Enter in Line b1 the number of members of your household who are under 65 years of age, and enter in Line b2 the number of members of your household who are 65 years of age or older. (The total number of household members must be the same as the number stated in Line 16b.) Multiply Line a1 by Line b1 to obtain a total amount for household members under 65, and enter the result in Line c1. Multiply Line a2 by Line b2 to obtain a total amount for household members 65 and older, and enter the result in Line c2. Add Lines c1 and c2 to obtain a total health care amount, and enter the result in Line 24B. |  |
|---|---|---|

| Household members under 65 years of age | | Household members 65 years of age or older | | |
|---|---|---|---|---|
| a1. | Allowance per member | $57.00 | a2. | Allowance per member | $144.00 |
| b1. | Number of members | 1 | b2. | Number of members | 0 |
| c1. | Subtotal | $57.00 | c2. | Subtotal | $0.00 |

(Line 24B total: $57.00)

| 25A | **Local Standards: housing and utilities; non-mortgage expenses.**  Enter the amount of the IRS Housing and Utilities Standards; non-mortgage expenses for the applicable county and household size. (This information is available at  www.usdoj.gov/ust/  or from the clerk of the bankruptcy court). | $397.00 |
|---|---|---|

| 25B | **Local Standards: housing and utilities; mortgage/rent expense.**  Enter, in Line a below, the amount of the IRS Housing and Utilities Standards; mortgage/rent expense for your county and household size (this information is available at www.usdoj.gov/ust/  or from the clerk of the bankruptcy court); enter on Line b the total of the Average Monthly Payments for any debts secured by your home, as stated in Line 47; subtract Line b from Line a and enter the result in Line 25B.  **Do not enter an amount less than zero.** | $1,079.00 |
|---|---|---|

| a. | IRS Housing and Utilities Standards; mortgage/rent Expense | $1,079.00 |
|---|---|---|
| b. | Average Monthly Payment for any debts secured by your home, if any, as stated in Line 47 | $0.00 |
| c. | Net mortgage/rental expense | Subtract Line b from Line a. |

| 26 | **Local Standards: housing and utilities; adjustment.**  If you contend that the process set out in Lines 25A and 25B does not accurately compute the allowance to which you are entitled under the IRS Housing and Utilities Standards, enter any additional amount to which you contend you are entitled, and state the basis for your contention in the space below: | $0.00 |
|---|---|---|

| 27A | **Local Standards: transportation; vehicle operation/public transportation expense.** You are entitled to an expense allowance in this category regardless of whether you pay the expenses of operating a vehicle and regardless of whether you use public transportation.<br>Check the number of vehicles for which you pay the operating expenses or for which the operating expenses are included as a contribution to your household expenses in Line 7.  ☒ 0  ☐ 1  ☐ 2 or more.<br>If you checked 0, enter on Line 27A the "Public Transportation" amount from IRS Local Standards: Transportation. If you checked 1 or 2 or more, enter on Line 27A the "Operating Costs" amount from IRS Local Standards: Transportation for the applicable number of vehicles in the applicable Metropolitan Statistical Area or Census Region. (These amounts are available at  www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) | $163.00 |
|---|---|---|

| | | |
|---|---|---|
| 27B | **Local Standards: transportation; additional public transportation expense.** If you pay the operating expenses for a vehicle and also use public transportation, and you contend that you are entitled to an additional deduction for your public transportation expenses, enter on Line 27B the "Public Transportation" amount from IRS Local Standards: Transportation. (This amount is available at   www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) | $0.00 |

| | | |
|---|---|---|
| 28 | **Local Standards: transportation ownership/lease expense; Vehicle 1.**   Check the number of vehicles for which you claim an ownership/lease expense. (You may not claim an ownership/lease expense for more than two vehicles.)   ☐ 1 ☐ 2 or more. Enter, in Line a below, the "Ownership Costs" for "One Car" from the IRS Local Standards: Transportation (available at www.usdoj.gov/ust/   or from the clerk of the bankruptcy court); enter in Line b the total of the Average Monthly Payments for any debts secured by Vehicle 1, as stated in Line 47; subtract Line b from Line a and enter the result in Line 28.  **Do not enter an amount less than zero.** | $0.00 |

| | | |
|---|---|---|
| a. | IRS Transportation Standards, Ownership Costs | $0.00 |
| b. | Average Monthly Payment for any debts secured by Vehicle 1, as stated in Line 47 | $0.00 |
| c. | Net ownership/lease expense for Vehicle 1 | Subtract Line b from Line a. |

| | | |
|---|---|---|
| 29 | **Local Standards: transportation ownership/lease expense; Vehicle 2.**   Complete this Line only if you checked the "2 or more" Box in Line 28. Enter, in Line a below, the "Ownership Costs" for "One Car" from the IRS Local Standards: Transportation (available at www.usdoj.gov/ust/   or from the clerk of the bankruptcy court); enter in Line b the total of the Average Monthly Payments for any debts secured by Vehicle 2, as stated in Line 47; subtract Line b from Line a and enter the result in Line 29. **Do not enter an amount less than zero.** | $0.00 |

| | | |
|---|---|---|
| a. | IRS Transportation Standards, Ownership Costs | $0.00 |
| b. | Average Monthly Payment for any debts secured by Vehicle 2, as stated in Line 47 | $0.00 |
| c. | Net ownership/lease expense for Vehicle 2 | Subtract Line b from Line a. |

| | | |
|---|---|---|
| 30 | **Other Necessary Expenses: taxes.**   Enter the total average monthly expense that you actually incur for all federal, state and local taxes, other than real estate and sales taxes, such as income taxes, self employment taxes, social security taxes, and Medicare taxes.   **Do not include real estate or sales taxes.** | $1,438.39 |
| 31 | **Other Necessary Expenses: involuntary deductions for employment.**   Enter the total average monthly deductions that are required for your employment, such as mandatory retirement contributions, union dues, and uniform costs. **Do not include discretionary amounts, such as voluntary 401(k) contributions.** | $189.09 |
| 32 | **Other Necessary Expenses: life insurance.**   Enter total average monthly premiums that you actually pay for term life insurance for yourself.   **Do not include premiums for insurance on your dependents, for whole life, or for any other form of insurance.** | $0.00 |
| 33 | **Other Necessary Expenses: court-ordered payments.**   Enter the total monthly amount that you are required to pay pursuant to the order of a court or administrative agency, such as spousal or child support payments. **Do not include payments on past due obligations included in Line 49.** | $0.00 |
| 34 | **Other Necessary Expenses: education for employment or for a physically or mentally challenged child.**  Enter the total average monthly amount that you actually expend for education that is a condition of employment and for education that is required for a physically or mentally challenged dependent child for whom no public education providing similar services is available. | $0.00 |
| 35 | **Other Necessary Expenses: childcare.**   Enter the total average monthly amount that you actually expend on childcare -- such as baby-sitting, day care, nursery and preschool.   **Do not include other educational payments.** | $0.00 |
| 36 | **Other Necessary Expenses: health care.**   Enter the total average monthly amount that you actually expend on health care that is required for the health and welfare of yourself or your dependents, that is not reimbursed by insurance or paid by a health savings account, and that is in excess of the amount entered in Line 24B.   **Do not include payments for health insurance listed or health savings accounts listed in Line 39.** | $0.00 |
| 37 | **Other Necessary Expenses: telecommunication services.**   Enter the total average monthly amount that you actually pay for telecommunication services other than your basic home telephone and cell phone service—such as pagers, call waiting, caller id, special long distance, or internet service—to the extent necessary for your health and welfare or that of your dependents.   **Do not include any amount previously deducted.** | $0.00 |
| 38 | **Total Expenses Allowed under IRS Standards.**   Enter the total of Lines 24 through 37. | $3,830.48 |

## Subpart B: Additional Living Expense Deductions
### Note: Do not include any expenses that you have listed in Lines 24-37

| | | |
|---|---|---|
| 39 | **Health Insurance, Disability Insurance, and Health Savings Account Expenses.** List the monthly expenses in the categories set out in lines a-c below that are reasonably necessary for yourself, your spouse, or your dependents. | $255.00 |

| | | |
|---|---|---|
| a. | Health Insurance | $255.00 |
| b. | Disability Insurance | $0.00 |
| c. | Health Savings Account | $0.00 |

Total and enter on Line 39

**If you do not actually expend this total amount, state your actual total average monthly expenditures in the** space below:

$0.00

| | | |
|---|---|---|
| 40 | **Continued contributions to the care of household or family members.** Enter the total average actual monthly expenses that you will continue to pay for the reasonable and necessary care and support of an elderly, chronically ill, or disabled member of your household or member of your immediate family who is unable to pay for such expenses. **Do not include payments listed in Line 34.** | $0.00 |
| 41 | **Protection against family violence.** Enter the total average reasonably necessary monthly expenses that you actually incur to maintain the safety of your family under the Family Violence Prevention and Services Act or other applicable federal law. The nature of these expenses is required to be kept confidential by the court. | $0.00 |
| 42 | **Home energy costs.** Enter the average monthly amount, in excess of the allowance specified by IRS Local Standards for Housing and Utilities, that you actually expend for home energy costs. **You must provide your case trustee with documentation of your actual expenses, and you must demonstrate that the additional amount claimed is reasonable and necessary.** | $0.00 |
| 43 | **Education expenses for dependent children under 18.** Enter the total average monthly expenses that you actually incur, not to exceed $137.50 per child, for attendance at a private or public elementary or secondary school by your dependent children less than 18 years of age. **You must provide your case trustee with documentation of your actual expenses, and you must explain why the amount claimed is reasonable and necessary and not already accounted for in the IRS Standards.** | $0.00 |
| 44 | **Additional food and clothing expense.** Enter the total average monthly amount by which your food and clothing expenses exceed the combined allowances for food and clothing (apparel and services) in the IRS National Standards, not to exceed 5% of those combined allowances. (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) **You must demonstrate that the additional amount claimed is reasonable and necessary.** | $18.00 |
| 45 | **Charitable contributions.** Enter the amount reasonably necessary for you to expend each month on charitable contributions in the form of cash or financial instruments to a charitable organization as defined in 26 U.S.C. § 170(c)(1)-(2). **Do not include any amount in excess of 15% of your gross monthly income.** | $0.00 |
| 46 | **Total Additional Expense Deductions under § 707(b).** Enter the total of Lines 39 through 45. | $273.00 |

## Subpart C: Deductions for Debt Payment

| | | |
|---|---|---|
| 47 | **Future payments on secured claims.** For each of your debts that is secured by an interest in property that you own, list the name of the creditor, identify the property securing the debt, state the Average Monthly Payment, and check whether the payment includes taxes or insurance. The Average Monthly Payment is the total of all amounts scheduled as contractually due to each Secured Creditor in the 60 months following the filing of the bankruptcy case, divided by 60. If necessary, list additional entries on a separate page. Enter the total of the Average Monthly Payments on Line 47. | $6,141.00 |

| | Name of Creditor | Property Securing the Debt | Average Payment | Does payment include taxes or insurance? |
|---|---|---|---|---|
| a. | First Mortgage Corpor | 13840 Courage Street, Moreno Valley, | $4,259.00 | ☒ Yes  ☐ No |
| b. | U.S. Bank | 24999 Brodiaea Avenue, Moreno Valle | $1,882.00 | ☒ Yes  ☐ No |
| c. | | | $0.00 | ☐ Yes  ☐ No |
| d. | | | $0.00 | ☐ Yes  ☐ No |
| e. | | | $0.00 | ☐ Yes  ☐ No |
| | | | Total: Add Lines a - e | |

B22C (Official Form 22C) (Chapter 13) (01/08)

| 48 | Other payments on secured claims. If any of the debts listed in Line 47 are secured by your primary residence, a motor vehicle, or other property necessary for your support or the support of your dependents, you may include in your deduction 1/60th of any amount (the "cure amount") that you must pay the creditor in addition to the payments listed in Line 47, in order to maintain possession of the property. The cure amount would include any sums in default that must be paid in order to avoid repossession or foreclosure. List and total any such amounts in the following chart. If necessary, list additional entries on a separate page. | | | |
|---|---|---|---|---|
| | | Name of Creditor | Property Securing the Debt | 1/60th of the Cure Amount |
| | a. | First Mortgage Corporati | 13840 Courage Street, Moreno Valley, CA 92 | $959.00 |
| | b. | U.S. Bank | 24999 Brodiaea Avenue, Moreno Valley, CA | $475.00 |
| | c. | | | $0.00 |
| | d. | | | $0.00 |
| | e. | | | $0.00 |
| | | | Total: Add Lines a - e | |

Total for line 48: **$1,434.00**

| 49 | Payments on prepetition priority claims. Enter the total amount, divided by 60, of all priority claims, such as priority tax, child support and alimony claims, for which you were liable at the time of your bankruptcy filing. **Do not include current obligations, such as those set out in Line 33.** | $33.00 |
|---|---|---|

| 50 | Chapter 13 administrative expenses. Multiply the amount in Line a by the amount in Line b, and enter the resulting administrative expense. | | |
|---|---|---|---|
| | a. | Projected average monthly Chapter 13 plan payment. | $0.00 |
| | b. | Current multiplier for your district as determined under schedules issued by the Executive Office for United States Trustees. (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) | × 0.1 |
| | c. | Average monthly administrative expense of Chapter 13 case | Total: Multiply Lines a and b |

Total for line 50: **$0.000**

| 51 | **Total Deductions for Debt Payment.** Enter the total of Lines 47 through 50. | $7,608.00 |
|---|---|---|

### Subpart D: Total Deductions from Income

| 52 | **Total of all deductions from income.** Enter the total of Lines 38, 46, and 51. | $11,711.48 |
|---|---|---|

### Part V. DETERMINATION OF DISPOSABLE INCOME UNDER § 1325(b)(2)

| 53 | **Total current monthly income.** Enter the amount from Line 20. | $4,473.32 |
|---|---|---|
| 54 | **Support income.** Enter the monthly average of any child support payments, foster care payments, or disability payments for a dependent child, reported in Part I, that you received in accordance with applicable nonbankruptcy law, to the extent reasonably necessary to be expended for such child. | $0.00 |
| 55 | **Qualified retirement deductions.** Enter the monthly total of (a) all amounts withheld by your employer from wages as contributions for qualified retirement plans, as specified in § 541(b)(7) and (b) all required repayments of loans from retirement plans, as specified in § 362(b)(19). | $0.00 |
| 56 | **Total of all deductions allowed under § 707(b)(2).** Enter the amount from Line 52. | $11,711.48 |

| 57 | **Deduction for special circumstances.** If there are special circumstances that justify additional expenses for which there is no reasonable alternative, describe the special circumstances and the resulting expenses in lines a-c below. If necessary, list additional entries on a separate page. Total the expenses and enter the total in Line 57. **You must provide your case trustee with documentation of these expenses and you must provide a detailed explanation of the special circumstances that make such expenses necessary and reasonable.** | | |
|---|---|---|---|
| | | Nature of special circumstances | Amount of expense |
| | a. | | $0.00 |
| | b. | | $0.00 |
| | c. | | $0.00 |
| | | | Total: Add Lines a, b, and c |

Total for line 57: **$0.00**

| 58 | **Total adjustments to determine disposable income.** Add the amounts on Lines 54, 55, 56, and 57 and enter the result. | $11,711.48 |
|---|---|---|
| 59 | **Monthly Disposable Income Under § 1325(b)(2).** Subtract Line 58 from Line 53 and enter the result. | ($7,238.16) |

B22C (Official Form 22C) (Chapter 13) (01/08)

## Part VI: ADDITIONAL EXPENSE CLAIMS

| 60 | **Other Expenses.**    List and describe any monthly expenses, not otherwise stated in this form, that are required for the health and welfare of you and your family and that you contend should be an additional deduction from your current monthly income under § 707(b)(2)(A)(ii)(I). If necessary, list additional sources on a separate page. All figures should reflect your average monthly expense for each item. Total the expenses. |

|   | Expense Description | Monthly Amount |
|---|---|---|
| a. | | $0.00 |
| b. | | $0.00 |
| c. | | $0.00 |
| | Total: Add Lines a, b, and c | $0.00 |

## Part VII: VERIFICATION

| 61 | I declare under penalty of perjury that the information provided in this statement is true and correct.    *(If this a joint case, both debtors must sign.)* |

Date: 1/6/2010 _____    Signature: _____
(Debtor)

Date: 1/6/2010 _____    Signature: _____
(Joint Debtor, if any )

Reid  Elizabeth M
P O  Box 10271
Moreno Valley  CA  92552


Ronald W  Ask  Esq
3600 Lime Street  Suite 412
Riverside  CA 92501
Ph  951-684-5608  elc@elderlawcente


Able Storage
14175 Perris Blvd
Moreno Valley  CA  92553


Accounts Receivables Mgmt  Inc
P O  Box 129
Thorofare  NJ  08086-0129


ADT Security Services
P O  Box 650485
Dallas  TX  75265-0485


Asset Acceptance  LLC
P O  Box 2036
Warren  MI  48090-2036


Calvary Portfolio Services LLC
P O  Box 27288
Tempe  AZ  85285-7288


Capital Management Services LP
726 Exchange Street  Ste  700
Buffalo  NY  14210


Capital One
P O  Box 60599
City of Industry  CA  91716-0599


Cardworks Servicing
P O  Box 9201
Old Bethpage  NY  11804

CCB Credit Services  Inc
P O  Box 272
Springfield  IL  62705-0272

Chase
P O  Box 94014
Palatine  IL  60094-4014

Chase
Bank One Card Services
800 Brooksedge Blvd
Westerville  OH  43081

Chase
P O  Box 15548
Wilmington  DE  19886-5548

Citibank (South Dakota  N A )
Citicorp Credit Services  Inc
P O  Box 2695
Waterloo  IA  50704-2695

City of Riverside
P O  Box 467
Tustin  CA  92781-0467

Collection Consultants of CA
6100 San Fernando Road #211
Glendale  CA  91201

Concord Servicing Corporation
NRLL East
4725 N  Scottsdale Road #300
Scottsdale  AZ  85251

EMWD
P O  Box 8301
Perris  CA  92572-8301

Exxon Mobil
P O  Box 4598
Carol Stream  IL  60197-4598


Financial Recovery Service Inc
P O  Box 385908
Minneapolis  MN  55438-5908


First Mortgage Corporation
3230 Fallow Field Drive
Diamond Bar  CA  91765-3479


Franchise Tax Board
P O  Box 942867
Sacramento  CA  94267


GC Services  LP
6330 Gulfton
Houston  TX  77252-2667


Home Dept Credit Services
Citibank U S A    N A
P O  Box 6028
The Lakes  NV  88901-6028


HSBC Bank
P O  Box 60102
City of Industry  CA  91716-0102


HSBC Card Services
P O  Box 60102
City of Industry  CA  91716


Kaiser Permenante
File 50445
Los Angeles  CA  90074-0445


Long Beach Memorial Med  Ctr
P O  Box 170
Long Beach  CA  90801-0170

Lowes
Commercial Accounts
P O  Box 960010
Orlando  FL  32896-0010


LTD Financial Services  LP
7322 Southwest Freeway #1600
Houston  TX  77074


LTD Financial Services  LP
7322 Southwest Freeway  #1600
Houston  TX  77074


Merrick Bank
P O  Box 5721
Hicksville  NY  11802


Metro Republic Comm Svc
320 Bonnie Circle
Corona  CA  92880-6974


N R L L  East
Concord Servicing Corporation
P O  Box 29352
Phoenix  AZ  85038-9352


NCO Financial Systems  Inc
P O  Box 61247  Dept  64
Virginia Beach  VA  23466


Providian
P O  Box 660548
Dallas  TX  75266


Riverside County Regional
Medical Center
26520 Cactus Avenue
Moreno Valley  CA  92555

Riverside Superior Court
Moreno Valley - Pymt Process
505 S  Buena Vista  Ste  201
Corona   CA  92882


Riverside Superior Court
Moreno Valley Court
# RR89563ER
Moreno Valley  CA  92553


So  Cal Edison
P O  Box 600
Rosemead  CA  91771-0001


St  Bernardine Medical Center
2101 North Waterman Avenue
San Bernardino  CA  92404


The Company Corporation
2711 Centerville Road
Wilmington  DE  19886


T-Mobile
P O  Box 51843
Los Angeles  CA  90051-6413


U S  Bank
4801 Frederica Street
Owensboro  KY  42301


Verizon California  Inc
P O  Box 9688
Mission Hills  CA  91346-9688


Vonage International
Penn Credit Corporation
P O  Box 10271
Moreno Valley  CA  92552

Waste Management
2625 W  Grandview Road
P O  Box 78251
Phoenix  AZ  85062

Verification of Creditor Mailing List - (Rev. 10/05)                              2003 USBC, Central District of California

# MASTER MAILING LIST
## Verification Pursuant to Local Rule 1007-2(d)

Name _Ronald W. Ask, Esq._

Address _3600 Lime Street, Suite 412 Riverside, CA 92501 Ph: 951-684-5608, elc@elderla_

Telephone/Fax: _951-684-1106_

[X]     Attorney for Debtor(s)
[ ]     Debtor In Pro Per

| UNITED STATES BANKRUPTCY COURT CENTRAL DISTRICT OF CALIFORNIA | |
|---|---|
| List all names including trade names, used by Debtor(s) within last 8 years:<br>_In re   Reid, Elizabeth M._<br>      _aka Reid, Liz_<br>      _dba Immanuel House_<br>      _aw Immanuel Sobriety, Inc._<br>      _aw El-Shaddai, LLC_ | Case No. |
| | Chapter _13_ |

## VERIFICATION OF CREDITOR MAILING LIST

The above named debtor(s), or debtor's attorney if applicable, do hereby certify under penalty of perjury that the attached Master Mailing List of creditors, consisting of _6_ sheet(s) is complete, correct and consistent with the debtor's schedules pursuant to Local Rule 1007-2(d) and I/we assume all responsibility for errors and omissions.

Date: _2/3/2010_

Attorney: _Ronald W. Ask, Esq._

Debtor: _Reid, Elizabeth M._

Joint Debtor: